UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
OCT 20  3 31 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

BRENDA LEWIS,
    Plaintiff,

v.

STATE OF CONNECTICUT,
DEPARTMENT OF CORRECTION,
ET AL.
    Defendants

CASE NO. 3:02CV2304(MRK)

October 17, 2003

## MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION

COMES NOW the defendants through counsel and pursuant to Local Rule 7(b), hereby request an extension of time of thirty (30) days, or until December 6, 2003 in which to serve responses to plaintiff's first interrogatories and requests for production, dated October 6, 2003 in the above-captioned matter. In support of this motion, the defendant represents as follows:

1.     The defendants need additional time to investigate the plaintiff's complaint and to compile and prepare responses to these discovery requests.

2.     The undersigned, pursuant to Local Rule 7(b), has contacted opposing counsel, Lowell Peterson, Esq., and he has no objection to this motion.

3.     This is the defendants' first request for additional time in which to file responses to these discovery requests.

WHEREFORE, the defendants request an additional thirty (30) days, or until December 6, 2003, in which to file responses to plaintiff's first set of discovery requests.

DEFENDANTS,
DEPARTMENT OF CORRECTION,
ET AL.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

By: /s/ Joseph A. Jordano

Joseph A. Jordano
Assistant Attorney General
Federal Bar # ct21487
55 Elm Street, P.O. Box 120
Hartford, CT 06141-1020
Tel.: (860) 808-5340
Fax: (860) 808-5383
E-mail: Joseph.Jordano@po.state.ct.us

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 17th day of October, 2003 a copy of the aforementioned Motion for Extension of Time to Respond to Plaintiff's First Interrogatories and Requests for Production was sent by First Class United States mail, postage prepaid to:

Lowell L. Peterson, Esq.
Community Law Practice, LLC
2065-A Main Street
Hartford, CT 06120
Tel.: 728-3788
Fax: 728-3755

/s/ Joseph A. Jordano
Joseph A. Jordano
Assistant Attorney General

2