UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BRENDA LEWIS,
    Plaintiff,

v.

STATE OF CONNECTICUT,
DEPARTMENT OF CORRECTION,
ET AL.
    Defendants

CASE NO. 3:02CV2304(MRK)

October 17, 2003

## MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION

COMES NOW the defendants through counsel and pursuant to Local Rule 7(b), hereby request an extension of time of thirty (30) days, or until December 6, 2003 in which to serve responses to plaintiff's first interrogatories and requests for production, dated October 6, 2003 in the above-captioned matter. In support of this motion, the defendant represents as follows:

1. The defendants need additional time to investigate the plaintiff's complaint and to compile and prepare responses to these discovery requests.

2. The undersigned, pursuant to Local Rule 7(b), has contacted opposing counsel, Lowell Peterson, Esq., and he has no objection to this motion.

3. This is the defendants' first request for additional time in which to file responses to these discovery requests.

WHEREFORE, the defendants request an additional thirty (30) days, or until December 6, 2003, in which to file responses to plaintiff's first set of discovery requests.

---

*Margin annotations:*

GRANTED, absent objection. The Court will discuss scheduling in this case with the parties at the telephone conference set for November 6, 2003.

SO ORDERED.

Mark R. Kravitz, U.S.D.J.

Dated at New Haven, CT
October 27, 2003