10/09/03

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Status Conference Calendar

Honorable Mark R. Kravitz, U.S.D.J.
141 Church Street
New Haven
Chambers Room 306

Thursday November 6, 2003

3:30 p.m.

CASE NO.   3-02-cv-2304 Lewis v Corrections
-----------------------------------------------------

COUNSEL OF RECORD:

| | |
|---|---|
| Joseph A. Jordano | Attorney General's Office, 55 Elm St., PO Box 120, Hartford, CT 860-808-5340 |
| Beth Z. Margulies | Attorney General's Office, 55 Elm St., PO Box 120, Hartford, CT |
| Lowell L. Peterson | Community Law Practice, 2065 Main St., Hartford, CT 860-728-7171 |

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK

STATUS CONFERENCE HELD

DATE: 11/6/03

40 min.