**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

Brenda Lewis,                                     :
                                                  :
               Plaintiff,        :        NO.    3:02cv2304 (MRK)
                                                  :
v.                                                :
                                                  :
                                                  :
State of Connecticut, Department of               :
Correction, et al.,                               :
                                                  :
               Defendants.       :

**ORDER ON MOTION TO DISMISS**

Defendant's Motion to Dismiss [doc. #21] is DENIED. Given the low threshold for notice

pleading, *see* Swierkiewicz v. Sorema N.A., 534 U.S. 506, 511-14 (2002), this Court cannot say that

there exists no set of circumstances that Plaintiff could adduce with respect to the claims in the Third

Amended Complaint [doc. #45] which would allow a jury to find in her favor. Accordingly, the

Court will not dismiss her claims at this time.

IT IS SO ORDERED.

/s/        Mark R. Kravitz

U.S.D.J.

Dated at New Haven, Connecticut: December 31, 2003

1