

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **BRENDA J. LEWIS,** *Plaintiff,* | : : | **CIVIL ACTION CASE NO.** |
| v. | : | 302 CV 2304 (MRK) |
| **STATE OF CONNECTICUT, DEPARTMENT OF CORRECTION** and **THERESA C. LANTZ;** Official Capacity Only **DONALD T. KRUK; PETER J. MURPHY;** and **ERIK SOUSA;** Individually and in their Official Capacities, *Defendants* | : : : : : : : : : | **JANUARY 2, 2004** |

## PLAINTIFF'S MOTION TO FILE FOURTH AMENDED COMPLAINT

Pursuant to Fed.R.Civ.P. 15(a), 21 and 25(d), and at the express request of counsel for the Defendants, the Plaintiff in the captioned action herewith, and attached hereto, submits her Fourth Amended Complaint for the purposes of conforming the pleadings to Plaintiff's withdrawal of this action with respect to Commissioner Lantz in her individual capacity, Plaintiff's intent to bring this action under Title VII with respect to discrimination only as to race and color (not gender) and making such other minor corrections as have been agreed to by the parties. These are relatively minor changes that do not alter the substance of the Complaint but are procedurally necessary and appropriate.

Respectfully Submitted,

FOR THE PLAINTIFF
BRENDA J. LEWIS

By: /s/ Lowell L. Peterson
Lowell L. Peterson
Community Law Practice, LLC
2065-A Main Street
Hartford, CT 06120
(860) 728-3788
Fax (860) 728-3755
lpeterson@clpllc.com
Fed Bar ID # ct 22165

## UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BRENDA J. LEWIS,<br>    *Plaintiff*, | : | CIVIL ACTION CASE NO. |
| | : | |
| v. | : | 302 CV 2304 (MRK) |
| STATE OF CONNECTICUT,<br>    DEPARTMENT OF CORRECTION<br>and<br>THERESA C. LANTZ; Official Capacity Only<br>DONALD T. KRUK;<br>PETER J. MURPHY; and<br>ERIK SOUSA;<br>Individually and in their Official Capacities,<br>    *Defendants* | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | JANUARY 2, 2004 |

### CERTIFICATION OF SERVICE

I, LOWELL L. PETERSON, attorney for the Plaintiff Brenda J. Lewis, hereby certify that, on the 2nd day of January 2004, I delivered the foregoing Motion To File Fourth Amended Complaint, together with a copy of the proposed Fourth Amended Complaint, to the Clerk of the United States District Court, District of Connecticut, Brien McMahon Federal Building, 915 Lafayette Boulevard, Bridgeport, Connecticut 06604, and served copies of the same by first class mail, postage prepaid, to the following counsel of record for all defendants:

    Beth Z. Margulies, Esq.                    Joseph A. Jordano, Esq.
    Assistant Attorney General            Assistant Attorney General
    55 Elm Street, P.O. Box 120           55 Elm Street, P.O. Box 120
    Hartford, CT 06141-0120              Hartford, CT 06141-0120

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: January 2, 2004

                                                     _____
                                                     Lowell L. Peterson
                                                     Counsel for the Plaintiff