UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BRENDA J. LEWIS, | : | |
| | : | |
| Plaintiff, | : | NO. 3:02cv2304 (MRK) |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT, | : | |
| DEPARTMENT OF CORRECTION, et al., | : | |
| | : | |
| Defendants. | : | |

## ORDER

Plaintiff's Motion To File Fourth Amended Complaint [doc. #47], dated January 2, 2004, is hereby **GRANTED absent objection**. The Clerk is directed to docket the Fourth Amended Complaint dated January 2, 2004.

IT IS SO ORDERED.

/s/      Mark R. Kravitz
U.S.D.J.

Dated at New Haven, Connecticut: January 27, 2004.