UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | | |
|---|---|---|---|
| Brenda Lewis, | : | | |
| | : | | |
| Plaintiff, | : | NO. | 3:02cv2304 (MRK) |
| | : | | |
| v. | : | | |
| | : | | |
| State of Connecticut, Department of Correction, et al., | : | | |
| | : | | |
| Defendants. | : | | |

# ORDER

Plaintiff's Request For Enlargement Of Time [doc. #51], dated February 19, 2004, is GRANTED and the following case management scheduled will apply.

1. All discovery will be completed, not just propounded, by **April 15, 2004**.

2. Dispositive motions, if any, will be filed by **May 15, 2004**.

3. If there are no dispositive motions, the Joint Trial Memorandum will be filed, pursuant to the attached instructions, by **June 1, 2004**. If dispositive motions are filed, the Joint Trial Memorandum will be due 30 days after the ruling on any such motion.

4. The case will be considered trial ready upon the filing of the Joint Trial Memorandum.

5. The telephonic status conference currently scheduled for March 26, 2004 is cancelled. A telephonic status conference will be held on **April 26, 2004** at 5:00 p.m.

**NO FURTHER EXTENSIONS SHOULD BE EXPECTED.**

IT IS SO ORDERED.

/s/   Mark R. Kravitz
U.S.D.J.

Dated at New Haven, Connecticut: February 27, 2004