UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BRENDA LEWIS, | : | CIVIL ACTION NO. |
| *Plaintiff* | : | 3:02CV2304 (MRK) |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT, | : | |
| DEPARTMENT OF CORRECTION, | | |
| ET AL., | | |
| *Defendants* | : | April 13, 2004 |

## MOTION FOR PROTECTIVE ORDER

Through discovery, the plaintiff has requested disclosure of information that the agency holds confidential, including but not limited to Department of Correction emergency response policies and procedures and codes and certain health care information privileged by state or federal law. The parties have signed a stipulated protective order regarding such information. The defendants now move for a protective order pursuant to Rule 26 (b)(5) and Rule 26(c) of the Federal Rules of Civil Procedure for a protective order with regard to such stipulation.

DEFENDANTS,
DOC, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Beth Z. Margulies
Assistant Attorney General
Federal Bar No. 08469
55 Elm Street
P.O. Box 120
Hartford, CT  06141-0120
Tel: (860) 808-5340
Fax: (860) 808-5383
Beth.Margulies@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing Motion for Protective Order was mailed/hand delivered in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 13th day of April, 2004, first class postage prepaid to:

Attorney Lowell Peterson
Community Law Practice
2065-A Main Street
Hartford, CT 06120

_____
Beth Z. Margulies
Assistant Attorney General