UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BRENDA LEWIS, | : | CIVIL ACTION NO. 3:02CV2304 (MRK) |
| *Plaintiff,* | : | |
| | : | |
| v. | : | |
| STATE OF CONNECTICUT, | : | |
| DEPARTMENT OF CORRECTION, | : | |
| ET AL. | : | |
| *Defendants.* | : | APRIL 12, 2004 |

## STIPULATED PROTECTIVE ORDER

**IT IS HEREBY STIPULATED AND AGREED** by the undersigned counsel of record in the above-referenced matter that this Joint Protective Order ("Order") shall govern the disclosure of all confidential discovery information, as defined in paragraph one below, during and after this litigation.  The terms of this order are as follows:

1.      Pursuant to this Stipulation and Protective Order, all documents and information that are disclosed to the plaintiff and her attorney relating to:  Department of Correction Directive 7 information, emergency response policies and procedures, and DOC codes shall be considered confidential and shall not be further disclosed except as provided herein.   Such information shall also include those records that are referenced in Conn. Gen. Stat. § 1-210(b)(18).  Furthermore, the parties have agreed that the respondent need not disclose in response to discovery requests any health care information that relates to DOC employees past and present that fall within any state or federal health care privilege, other than health care information relating to the plaintiff and information relating to the April 22, 2002 shoulder injury of Lt. Sousa's.  To the extent that any confidential health care information were inadvertently disclosed, the parties agree that it shall be governed by this protective order.  Upon a party's

designation that a document or information is covered by this protective order, the opposing party may seek review with the court to determine the propriety of the designation.

2.  This order does not apply to information or documents ordered to be disclosed by a court of competent jurisdiction.

3.  For the purpose of this Protective Order, and to further the litigation of this matter, the use of documents and information that can reasonably be expected to disclose the agency's confidential information set forth in paragraph one above shall consist of and be limited to disclosure to:

   a. Counsel of record for the named plaintiffs in this action;
   b. Counsel of record for the named defendants in this action;
   c. The paralegal, clerical and secretarial staffs employed by counsel referenced in sections a and b above;
   d. Experts, investigators, and consultants retained by counsel in connection with this action;
   e. The Court presiding over this action; and
   f. Any court reporter present in his or her official capacity at any hearing, deposition or other proceeding in this action.

4.  Any person to whom the documents, copies thereof, or the contents of information contained therein are to be disclosed subject to this Protective Order shall be informed of the contents of the Protective Order prior to said disclosure and shall agree in writing to be bound by its terms.

5.  Documents produced during the course of formal and informal discovery prior to the date of execution of this stipulation shall be subject to this order and labeled accordingly either "Confidential" or "Subject to Protective Order.

6.  Any party may seek a modification of this protective order by the court based upon a showing of good cause that the modification is necessary to further pending court proceedings only.  In the event such a motion is made, the identity of any person to whom

disclosure of information is sought shall be included within the motion, along with the reasons or reasons that disclosure of protected information is necessary to advance the litigation. Such disclosure of identity may be made to the court *in camera*.

7.  Upon the completion of this litigation, whether by settlement or by verdict, the persons in receipt of the confidential information shall return all such documents to the Attorney General's Office or destroy them.

| PLAINTIFF | DEFENDANTS |
|---|---|
| BRENDA LEWIS | STATE OF CONNECTICUT DEPARTMENT OF CORRECTION, ET AL., |
| BY: _____<br>Lowell Peterson, Esq.<br>2065-A Main Street<br>Hartford, CT 06120 | BY: _____<br>Beth Z. Margulies<br>Assistant Attorney General<br>Federal Bar No. ct08469<br>55 Elm Street<br>P.O. Box 120<br>Hartford, CT  06141-0120<br>Tel: (860) 808-5340<br>Fax: (860) 808-5383<br>E-Mail Address:<br>Beth.Margulies@po.state.ct.us |