UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BRENDA J. LEWIS, | : | |
| | : | |
| Plaintiff, | : | NO.   3:02cv2304 (MRK) |
| | : | |
| v. | : | |
| | : | |
| | : | |
| STATE OF CONNECTICUT, | : | |
| DEPARTMENT OF CORRECTION, et al., | : | |
| | : | |
| Defendants. | : | |

## ORDER

The Parties' Motion for Protective Order [doc. #53] is GRANTED. The Stipulated Protective Order [doc. #54] will govern. The Court additionally notes that if either party wants to designate anything filed with the Court as confidential and place it under seal, that party will have to make a separate motion, specifying precisely what is to be kept under seal and demonstrating good cause as to why the Court should depart from the strong presumption against sealing any court records to public inspection. *See Nixon v. Warner Comm., Inc.*, 435 U.S. 589, 579-99 (1978); *Video Software Dealers Assoc. v. Orion Pictures, Corp. (In re Orion Pictures Corp.)*, 21 F.3d 24, 26 (2d Cir. 1994).

IT IS SO ORDERED.

/s/     Mark R. Kravitz
           U.S.D.J.

**Dated at New Haven, Connecticut: April 15, 2004**.