UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BRENDA LEWIS, | : | CASE NO.  3:02CV2304(MRK) |
| *Plaintiff*, | : | |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT, | : | |
| DEPARTMENT OF CORRECTION, | : | |
| ET AL. | : | |
| *Defendants*. | : | May 13, 2004 |

## MOTION FOR ENLARGEMENT OF TIME
## TO FILE SUMMARY JUDGMENT

The defendants, in their official capacity, hereby request pursuant to F. R. Civ. Proc. 6(b) and Local Rule 7(b), additional time until June 15, 2004, in which to file a responsive pleading to the complaint in the above case. In support of this motion the defendants state the following:

1. The parties have pursued this case with due diligence.  After holding six depositions, discovery concluded on April 15, 2004.  The original deadline for filing motions for summary judgment was set for May 15, 2004.

2. This case includes five (5) defendants, three (3) causes of action, and numerous issues of law.  The undersigned must review hundreds of disclosed pages in response to discovery requests of the plaintiff.  Although the undersigned has made a significant start on the brief, she needs additional time to research, write and complete the motion for summary judgment.

3. The undersigned is presently preparing a Joint Trial Memorandum in the federal matter of Gray v. Department of Social Services, 3:01CV2376 (CFD) due May

14, 2004. (The plaintiff has just requested an extension, but there has been no ruling yet.) The undersigned does not yet know how soon after that filing, the trial in that matter will commence.

      4.      In regard to Gray v. Department of Social Services, the undersigned has had meetings to interview witnesses scheduled for the full day of May 4, 2004, the afternoon of May 6, 2004, the morning of May 10, 2004, and the afternoon of May 18, 2004.

      5.      The undersigned has also been preparing an Exhibit and Witness list due May 13, 2004 for a CHRO Public Hearing Trial in Payton v. DMHAS, CHRO NO. 0220394 and preparing for a complicated fact finding in Kwentoh v. DCF with an important client meeting scheduled for May 14, 2004.

      6.      The undersigned is trying to maintain responsible representation in over a dozen other active cases.

      7.      The undersigned counsel has conferred with plaintiff's counsel, Lowell L. Peterson, who states that the plaintiff objects to this motion.

      8.      This is the defendants' first request for additional time in which to file a Motion for Summary Judgment. The undersigned originally filed a motion for extension of time on May 6, 2004 with the wrong district court clerk's office and is resubmitting it to the correct New Haven clerk's office.

      WHEREFORE, the defendants request additional time to June 15, 2004, in which to file a Motion for Summary Judgment.

DEFENDANTS,

DEPARTMENT OF CORRECTION,
ET AL.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

By: _____
Beth Z. Margulies
Assistant Attorney General
Federal Bar # ct08469
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120
Tel.: (860) 808-5340
Fax: (860) 808-5383
E-mail: Beth.Margulies@po.state.ct.us

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 13th day of May, 2004, a copy of the aforementioned Motion for Enlargement of Time to File Summary Judgment was sent by First Class United States mail, postage prepaid to:

Lowell L. Peterson, Esq.
Community Law Practice, LLC
2065-A Main Street
Hartford, CT 06120
Tel.: 728-3788
Fax: 728-3755

_____
Beth Z. Margulies
Assistant Attorney General