# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | | |
|---|---|---|---|
| Brenda Lewis, | : | | |
| | : | | |
| Plaintiff, | : | NO. | 3:02cv2304 (MRK) |
| | : | | |
| v. | : | | |
| | : | | |
| | : | | |
| State of Connecticut, Department of | : | | |
| Correction, et al., | : | | |
| | : | | |
| Defendants. | : | | |

## <u>ORDER</u>

Defendants' Motion For Enlargement Of Time To File Summary Judgment [doc. # 56], dated May 13, 2004, is hereby GRANTED.  Defendants shall file a Motion For Summary Judgment no later than **June 15, 2004**.  **THIS DEADLINE WILL NOT BE EXTENDED FURTHER.**

IT IS SO ORDERED.

/s/      Mark R. Kravitz
United States District Judge

Dated at New Haven, Connecticut: <u>May 25, 2004</u>