UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BRENDA LEWIS, | : | CASE NO. 3:02CV2304(MRK) |
| *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT, | : | |
| DEPARTMENT OF CORRECTION, | : | |
| ET AL. | : | |
| *Defendants* | : | June 15, 2004 |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

COMES NOW the Defendants pursuant to Rule 56 of the Federal Rules of Civil Procedure, hereby move for summary judgment in their favor because the evidence submitted herewith shows that there is no genuine issue of material fact in dispute and, as a matter of law, the Plaintiff cannot sustain her burden of proof that the Defendants violated her rights under federal law.  Filed herewith is a Statement of Undisputed Facts pursuant to Local Rule 56 and a memorandum of law in support of the present motion.

          DEFENDANTS,
          DEPARTMENT OF CORRECTION,
          ET AL.

          RICHARD BLUMENTHAL
          ATTORNEY GENERAL

By: _____
     Beth Z. Margulies
     Assistant Attorney General
     Federal Bar # ct08469
     55 Elm Street, P.O. Box 120
     Hartford, CT 06141-1020
     Tel.: (860) 808-5340
     Fax:  (860) 808-5385
     E-mail: Beth.Margulies@po.state.ct.us

## **CERTIFICATION**

I hereby certify that pursuant to §5(b) of the Federal Rules of Civil Procedure, a copy of the foregoing Motion for Summary Judgment was sent via first class mail, postage prepaid, this 15th day of June, 2004 to:

Lowell L. Peterson, Esq.
Community Law Practice, LLC
2065-A Main Street
Hartford, CT  06120
Tel.: 728-3788
Fax: 728-3755

_____
Beth Z. Margulies
Assistant Attorney General

2