## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BRENDA LEWIS | : | Case No. 3:02CV2304 (MRK) |
| *Plaintiff* | : | |
| v. | : | Judge Mark R. Kravitz |
| | : | |
| State of Connecticut | : | |
| Dept. of Correction, et al. | : | Notice of Manual Filing |
| | : | |
| *Defendants* | : | June 16, 2004 |

Please take notice that the Defendants have manually filed the following document or thing

Supplemental Pages to Exhibits 7 and 8 in Support of Defendants' Motion for Summary Judgment

These exhibits have not been filed electronically because

[ x ]  the document or thing cannot be converted to an electronic format
[  ]  the electronic file size of the document exceeds 1.5 megabytes
[  ]  the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[  ]  Plaintiff/Defendant is excused from filing this document or thing by Court order.

The document or thing has been manually served on all parties.

    Respectfully submitted,

    /s/ Beth Z. Margulies
    Beth Z. Margulies
    Assistant Attorney General
    55 Elm Street, P.O. Box 120
    Hartford, CT  06141-0120
    Phone: (860) 808-5340
    Fax: (860) 808-5383
    E-mail: Beth.Margulies@po.state.ct.us
    Federal Bar # ct 08469