UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BRENDA LEWIS, | : | CASE NO.  3:02CV2304(MRK) |
| *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT, | : | |
| DEPARTMENT OF CORRECTION, | : | |
| ET AL. | : | |
| *Defendants* | : | June 16, 2004 |

**SUPPLEMENTAL PAGES TO EXHIBITS 7 AND 8 IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Exhibit 7    Excerpts from Deposition of Brenda Lewis, dated January 21, 2004, pages 18 and 41.

Exhibit 8    Excerpts from Deposition of Donald Kruk, dated April 13, 2004, pages 41, 45, 89, 90, 91.

DEFENDANTS,
DEPARTMENT OF CORRECTION,
ET AL.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

By: _____
Beth Z. Margulies
Assistant Attorney General
Federal Bar # ct08469
55 Elm Street, P.O. Box 120
Hartford, CT 06141-1020
Tel.: (860) 808-5340
Fax:  (860) 808-5385
E-mail: Beth.Margulies@po.state.ct.us

## **CERTIFICATION**

I hereby certify that pursuant to §5(b) of the Federal Rules of Civil Procedure, a copy of the foregoing Supplemental Pages to Exhibits 7 and 8 in Support of Defendants' Motion for Summary Judgment was sent via first class mail, postage prepaid, this 16th day of June, 2004 to:

Lowell L. Peterson, Esq.
Community Law Practice, LLC
2065-A Main Street
Hartford, CT  06120
Tel.: 728-3788
Fax: 728-3755

_____
Beth Z. Margulies
Assistant Attorney General