UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BRENDA LEWIS,<br>*Plaintiff* | : | CIVIL ACTION CASE NO.<br>3:02-CV-2304(MRK) |
| v. | : | |
| STATE OF CONNECTICUT,<br>DEPARTMENT OF CORRECTION,<br>ET AL.<br>*Defendants* | : | AUGUST 2, 2004 |

## PLAINTIFF'S *NUNC PRO TUNC* REQUEST FOR ENLARGEMENT OF TIME

Plaintiff Brenda J. Lewis respectfully requests an extension of time by 45 days, or to August 20, 2004, in which to respond to Defendants' Motion For Summary Judgment dated June 15, 2004. Pursuant to amended Local Rule 56, effective August 1, 2003, Plaintiff's opposition papers were to be filed with the Clerk of the Court and a copy delivered to Defendants' counsel within 21 days thereafter (*i.e.*, July 6) or, if extended an additional three days pursuant to Fed.R.Civ.P. 6(e) because Defendants' Motion was received by mail, by July 9, 2004.

Plaintiff makes the following representations in support of this request:

1. As discussed with the Court in the Telephone Status Conference on April 26, 2004, there are multiple parties, multiple counts and complicated legal issues in controversy in this matter and the trial schedule of Plaintiff's counsel has prevented strict compliance with the time requirements. As may be noted on the docket for this case, the same has been true of counsel for the Defendants.

2. Within a matter of days following the filing of the Defendants' Motion, Plaintiff suffered the unexpected loss of her father and was, for period of time, emotionally distraught and distracted from the demands of this case. Her participation is necessary for a complete and adequate response.

3. Notwithstanding the threshold nature of the question, and its appropriateness for a Motion To Dismiss, Defendants raised for the first time in their Motion For Summary Judgment the jurisdictional question regarding whether Plaintiff filed her initial complaint with the Boston regional office of the federal Equal Employment Opportunity Commission ("EEOC") within the 300-day limitation period. In addition to any other evidence already in the record, Plaintiff has specifically requested additional documentation from that office to verify that the filing date of Plaintiff's complaint with the Connecticut Commission on Human Rights and Opportunities (November 30, 2001) was equally effective as the filing date with the EEOC.

4. The time requirements in this case have previously been extended, with respect to discovery, by 30 days and, with respect to the Defendants' pending Motion, an additional 30 days. The result is that the underlying Motion was originally due April 15 but was granted a filing date of June 15. It is equitable for Plaintiff to request this 45-day extension.

5. Counsel for the Defendants has indicated that she will be out of the office from August 3 to August 16 and would be unable to respond to Plaintiff's opposition papers in any case and is, therefore, not prejudiced by this request.

6. Counsel for the Defendants has represented that Defendants do not object to this request.

FOR ALL THE FOREGOING REASONS, Plaintiff respectfully requests a favorable ruling upon this Request.

FOR THE PLAINTIFF
BRENDA J. LEWIS

By: _____
Lowell L. Peterson — ct 22165
Community Law Practice, LLC
2065-A Main Street
Hartford, CT 06120
Tel.860) 728-3788
Fax (860) 728-3755
lpeterson@clpllc.com

2