# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **BRENDA J. LEWIS,** | : | **CIVIL ACTION CASE NO.** |
| *Plaintiff*, | : | |
| v. | : | 302 CV 2304 (MRK) |
| **STATE OF CONNECTICUT,** | : | |
| **DEPARTMENT OF CORRECTION** | : | |
| *et al.*, | : | |
| *Defendants* | : | **AUGUST 19, 2004** |

## PLAINTIFF'S OBJECTION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed.R.Civ.P. 56, and D.Conn.L.Civ.R. 56, the Plaintiff in the captioned action herewith files and serves upon Defendants her objection and supporting memorandum of law in response to the Defendants' Motion For Summary Judgment dated June 15, 2004.

Plaintiff respectfully requests this Court to deny the Defendants' Motion For Summary Judgment on the ground that Plaintiff has stated a claim upon which relief may be granted, as demonstrated more completely in her attached supporting memorandum of law

Respectfully Submitted,

FOR THE PLAINTIFF
BRENDA J. LEWIS

_____
Lowell L. Peterson
Community Law Practice, Inc.
2065-A Main Street
Hartford, CT 06120
(Tel.) 860-728-3788
(Fax) 860-728-3755
lpeterson@clpllc.com
Federal Bar # ct-22165

2

**CERTIFICATION OF SERVICE**

I, LOWELL L. PETERSON, attorney for the Plaintiff Brenda J. Lewis, hereby certify that, on the 19th day of August 2004, I delivered the foregoing Plaintiff's Objection To Defendants' Motion For Summary Judgment, together with a supporting Memorandum of Law and Plaintiff's Local Rule 56(a)(2) Statement, to the Clerk of the United States District Court, District of Connecticut, Richard C. Lee United States Court House, 141 Church Street, New Haven, Connecticut, 06510 by electronic filing transmission, and delivered copies of the same by first class mail, postage prepaid, to the following counsel of record for all Defendants:

Beth Z. Margulies, Esq.
Assistant Attorney General
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120

Joseph A. Jordano, Esq.
Assistant Attorney General
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120

Dated:  August 19, 2004

_____
Lowell L. Peterson
Attorney for Plaintiff