# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **BRENDA J. LEWIS,** | : | **CIVIL ACTION CASE NO.** |
| *Plaintiff,* | : | |
| **v.** | : | **302 CV 2304 (MRK)** |
| **STATE OF CONNECTICUT,** | : | |
| **DEPARTMENT OF CORRECTION** | : | |
| *et al.,* | : | |
| *Defendants* | : | **AUGUST 19, 2004** |

### INDEX OF EVIDENCE IN SUPPORT OF PLAINTIFF'S OBJECTION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Exhibit A     Documents in Support of Timely Filing of Plaintiff's EEOC Charge

    Item 1  Affidavit of Anne Giantonio, Boston EEOC

    Item 2  FY 2001 EEOC/FEPA Worksharing Agreement

    Item 3  Correspondence

    Item 4  Amended Charge

    Item 5  Notice of Right to Sue

Exhibit B     Affidavit of Eunice E. Smith

Exhibit C     Affidavit of Harris Porter

Exhibit D     Affidavit of Errol Goodison

Exhibit E     Affidavit of Bruce Denby

Exhibit F     Affidavit of Plaintiff, Brenda J. Lewis

Exhibit G     Documents with Respect to Incident of March 9, 2001 (Medical Relief)

    Item 1  Numbered Incident Reports

    Item 2  Unnumbered Incident Report of Brenda J. Lewis

    Item 3  Unnumbered Incident Report of Erik Sousa

    Item 4  Unnumbered Incident Report of Richard Hebert

    Item 5  Unsworn Statement of Officer Morelli

    Item 6  4-5-01 Memo, Brenda Lewis to Warden Murphy

    Item 7  Grievance of Plaintiff and Step III Answer

| | | |
|---|---|---|
| Exhibit H | | Documents with Respect to Incident of June 20, 2001 (Lobby Control Post) |
| | Item 1 | Letter, Nora Ryan to Dr. Cohen, May 10, 2001 |
| | Item 2 | Response of Dr. Cohen |
| | Item 3 | Notification Letter to Plaintiff |
| | Item 4 | Plaintiff's Incident Report re Conduct of Lt. Sousa |
| | Item 5 | Daily Post Record for June 20, 2001 |
| Exhibit I | | Documents with Respect to Incident of March 29, 2002 (Log Book Signing) |
| | Item 1 | Copy of Log Entries |
| Exhibit J | | Documents with Respect to Incident of April 22, 2002 |
| | Item 1 | Central Intelligence Unit Investigation File |
| | Item 2 | Plaintiff's Grievance Form, 4/29/02 |
| Exhibit K | | Documents with Respect to Failed Overtime Contact of June 20, 2001 (Lobby Control Post) |
| | Item 1 | Grievance of Brenda Lewis |
| Exhibit L | | Documents with Respect to "Buzzer Door" Incident of August 13, 2004 |
| | Item 1 | Incident Report prepared by Plaintiff, Brenda J. Lewis |
| Exhibit M | | Miscellaneous Other Incidents |
| | Item 1 | Incidents involving Eunice Smith |
| | Item 2 | Incident involving Harris Porter |
| | Item 3 | Grievance of Errol Goodison |
| | Item 4 | CHRO Complaint of Bruce Denby |
| | Item 5 | Grievance of Ossie Channer |
| | Item 6 | Incident of June 20, 2001 (Counselor Patterson) |
| | Item 7 | Incident of June 7, 2002 (Counselor Patterson) |
| Exhibit N | | Excerpts of Deposition, Donald T. Kruk, April 13, 2004 |
| Exhibit O | | Excerpts of Deposition, Erik Sousa, April 12, 2004 |
| Exhibit P | | Excerpts of Deposition, Peter John Murphy, April 1, 2004 |
| Exhibit Q | | Excerpts of Deposition, Richard Hebert, March 31, 2004 |
| Exhibit R | | Excerpts of Deposition, Frank Morelli, March 31, 2004 |
| Exhibit S | | Excerpts of Deposition, Brenda J. Lewis, January 21, 2004 |

| Exhibit T | | Certain Documents Subject to Protective Order |
|---|---|---|
| | Item 1 | Stipulated Protective Order |
| | Item 2 | General Post Orders, Hartford C. C., Procedure 6.2.1, February 2001 |
| | Item 3 | General Post Orders, Hartford C. C., Procedure 6.2.1, August 2002 |
| | Item 4 | Dormitory Procedures, Hartford C. C., Procedure 6.2.17, September 2000 |
| | Item 5 | Incident Inquiry Involving Lt. Chouinard and Officer Mingo |
| | Item 6 | Incident Report Package Involving Use of Code Orange |
| Exhibit U | | Miscellaneous Facility Documents |
| | Item 1 | Excerpts of Collective Bargaining Agreement |
| | Item 2 | Unit Directive, Employee Discipline No. 2.6 |
| | Item 3 | Unit Directive, Lieutenant Job Description, No. 6.2.44 |
| | Item 4 | Unit Directive, Reporting of Incidents, No. 6.6 |

Respectfully Submitted,

PLAINTIFF
BRENDA J. LEWIS


_____

Lowell L. Peterson
Community Law Practice, LLC
Federal Bar # ct-22165
2065-A Main Street
Hartford, CT 06120
Tel. (860) 728-3788
Fax (860) 728-3755
E-mail:  lpeterson@clpllc.com

## **CERTIFICATION OF SERVICE**

I, LOWELL L. PETERSON, attorney for the Plaintiff Brenda J. Lewis, hereby certify that, on the 19th day of August 2004, I delivered the foregoing Index Of Evidence In Support Of Plaintiff's Objection To Defendants' Motion For Summary Judgment, to the Clerk of the United States District Court, District of Connecticut, Richard C. Lee United States Court House, 141 Church Street, New Haven, Connecticut  06510, by electronic filing transmission and delivered copies of the same by first class mail, postage prepaid, to the following counsel of record for all Defendants:

> Beth Z. Margulies, Esq.
> Assistant Attorney General
> 55 Elm Street, P.O. Box 120
> Hartford, CT 06141-0120
>
> Joseph A. Jordano, Esq.
> Assistant Attorney General
> 55 Elm Street, P.O. Box 120
> Hartford, CT 06141-0120

Dated:  August 19 , 2004

_____
Lowell L. Peterson
Attorney for Plaintiff