# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **BRENDA J. LEWIS,** | : | **CIVIL ACTION CASE NO.** |
| *Plaintiff*, | : | |
| v. | : | 302 CV 2304 (MRK) |
| **STATE OF CONNECTICUT,** | : | |
| **DEPARTMENT OF CORRECTION** | : | |
| *et al.*, | : | |
| *Defendants* | : | **AUGUST 27, 2004** |

### PLAINTIFF'S REQUEST FOR LEAVE OF THE COURT TO FILE AMENDED MEMORANDUM OF LAW

For the reasons set forth herein, as the undersigned counsel for the Plaintiff Brenda J. Lewis, I am respectfully requesting the indulgence of this Court to allow me to file the attached, proposed **Amended** Memorandum Of Law In Support Of Plaintiff's Objection To Defendants' Motion For Summary Judgment in substitution of the Memorandum filed with the Court as of August 20, 2004.

Pursuant to Order of the Court, I was granted to the date of August 20 to file the Plaintiff's Objection, Memorandum Of Law, Supporting Exhibits and Rule 56 Statement in response to the Defendants' Motion For Summary Judgment. Due to the unusually excessive press of other matters, and after working literally all night for two of the three nights preceding August 20, I completed the assembly of these documents at 5:30 a.m. on Friday, August 20, with only one-and-a-half hours to spare before catching a plane for an out-of-state trip at 7:00 a.m.

Although I remain confident in the substance and content of the documents as filed, the result of this rather hectic schedule is that I had no opportunity to proofread the Memorandum Of

Law.  Upon my doing so, after my return to the office, I have discovered an embarrassing number of typographical errors and clerical oversights.

Although none of these mistakes affect in any way the arguments made, it is my belief that some of them may be confusing to the reader and therefore detrimental to my client's best interest.  I respectfully suggest it would be inequitable to penalize the Plaintiff for the reparable errors of her attorney.

With the single exception of references at page 28 of the proposed Amended Memorandum to the Affidavits of Officers Smith and Goodison, which Affidavits were previously included but the reference inadvertently omitted, the Amended Memorandum makes *solely* clerical revisions and *no* substantive changes whatsoever.  For that reason, I do not believe that granting this request will in any way prejudice the interests of the Defendants.

Respectfully Submitted,

                                    FOR THE PLAINTIFF
                                    BRENDA J. LEWIS

_____
Lowell L. Peterson
Community Law Practice, LLC
2065-A Main Street
Hartford, CT 06120
(Tel.) 860-728-3788
(Fax) 860-728-3755
lpeterson@clpllc.com
Federal Bar # ct-22165

## CERTIFICATION OF SERVICE

I, LOWELL L. PETERSON, attorney for the Plaintiff Brenda J. Lewis, hereby certify that, on the 27th day of August 2004, I delivered the foregoing Plaintiff's Request For Leave Of The Court To File Amended Memorandum Of Law, together with a proposed Amended Memorandum of Law, to the Clerk of the United States District Court, District of Connecticut, Richard C. Lee United States Court House, 141 Church Street, New Haven, Connecticut, 06510 by hand delivery, and delivered copies of the same by hand delivery to the following counsel of record for all Defendants:

> Beth Z. Margulies, Esq.
> Assistant Attorney General
> 55 Elm Street, P.O. Box 120
> Hartford, CT 06141-0120

> Joseph A. Jordano, Esq.
> Assistant Attorney General
> 55 Elm Street, P.O. Box 120
> Hartford, CT 06141-0120

Dated: August 27, 2004

_____
Lowell L. Peterson
Attorney for Plaintiff