UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BRENDA LEWIS, | : | CASE NO. 3:02CV2304(MRK) |
|   *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT, | : | |
| DEPARTMENT OF CORRECTION, ET AL. | : | |
|   *Defendants* | : | August 31, 2004 |

## DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF

COMES NOW the defendants and respectfully request an extension of time to and including September 21, 2004 in which to file a reply brief to plaintiff's objection to defendants' motion for summary judgment. In support of this motion, the defendants, through counsel, represent as follows;

1.	The plaintiff filed an oversized 45-page opposition brief dated August 19, 2004 which was not received by defendants' counsel until August 23, 2004.

2.	The plaintiff filed a request to file an amended brief in opposition to defendants' motion for summary judgment dated August 27, 2004 (also 45 pages). An initial review indicates that, contrary to plaintiff counsel's representation that only typographical and clerical errors were addressed in the amended brief, there were several insertions, deletions and re-wordings that occurred. For example, see pages 19, 25, 26, 28, 32, 35 and 38 of the amended brief where some of the alterations occurred. Defendants' counsel requires more time to respond to the magnitude of the issues involved and exhibits to plaintiff's amended brief in opposition to summary judgment. Additional affidavits may be required by the defendants.

3. The undersigned, in the absence of the Employment Rights Department Department Head Assistant Attorney General Margaret Q. Chapple, who is away on vacation, has assumed for two weeks the administrative and supervisory responsibilities as acting department head in her stead. AAG Chapple does not return from vacation until September 7, 2004. This role takes away many hours from my own caseload.

4. In addition to the supervisory responsibilities, the undersigned still is maintaining a heavy caseload, which includes the recent filing of a motion to sever in a complex, multi-plaintiff and multi-defendant federal litigation matter, <u>Davis, et al. v. Department of Children and Families, et al.</u>, 3:04CV1203(SRU), involving a 26-count, 1,022-paragraph complaint.

5. Pursuant to Local Rule 7(b), the undersigned contacted plaintiff's counsel, Lowell Peterson, Esq., and he has NO OBJECTION to this motion.

WHEREFORE, the defendants through counsel respectfully request an extension of time of two weeks from the return of her Department Head to and including September 21, 2004 in which to file a reply to plaintiff's opposition to defendants' motion for summary judgment.

                                DEFENDANTS,
                                DEPARTMENT OF CORRECTION,
                                ET AL.

                                RICHARD BLUMENTHAL
                                ATTORNEY GENERAL

By: _____
      Beth Z. Margulies
      Assistant Attorney General
      Federal Bar # ct08469
      55 Elm Street, P.O. Box 120
      Hartford, CT 06141-1020
      Tel.: (860) 808-5340
      Fax:  (860) 808-5383
      E-mail: Beth.Margulies@po.state.ct.us

## **CERTIFICATION**

I hereby certify that pursuant to §5(b) of the Federal Rules of Civil Procedure, a copy of the foregoing Motion for Extension of Time to File Reply Brief to Plaintiff's Opposition to Defendants' Motion for Summary Judgment was sent via first class mail, postage prepaid, this   31st   day of August, 2004 to:

Lowell L. Peterson, Esq.
Community Law Practice, LLC
2065-A Main Street
Hartford, CT  06120
Tel.: 728-3788
Fax: 728-3755

_____
Beth Z. Margulies
Assistant Attorney General

3