# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **BRENDA J. LEWIS,** | : | **CIVIL ACTION CASE NO.** |
| *Plaintiff,* | : | |
| v. | : | 302 CV 2304 (MRK) |
| **STATE OF CONNECTICUT,** | : | |
| **DEPARTMENT OF CORRECTION** | : | |
| *et al.,* | : | |
| *Defendants* | : | **SEPTEMBER 7, 2004** |

### PLAINTIFF'S MOTION TO PLACE PORTIONS OF RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT UNDER PROTECTIVE SEAL

Pursuant to the Stipulated Protective Order agreed upon by the parties in the captioned action dated April 12, 2004 and docketed April 13, 2004; the Motion for Protective Order submitted by the Defendants dated April 12, 2004 and docketed April 13, 2004; this Court's Order granting such Motion for Protective Order on April 15, 2004, as docketed on April 16, 2004; and in accordance with the statutory exclusions from disclosure pursuant to the Connecticut Freedom of Information Act at § 1-210(b)(18), `Conn.Gen.Stat.`, the Plaintiff respectfully requests that the following items, which items were previously submitted in response to Defendants' Motion for Summary Judgment and are enclosed herewith in redacted form or under seal, as indicated, be maintained under protective seal or in such redacted form, subject to disclosure only under the terms and conditions agreed to in the Stipulated Protective Order, because such items contain references to information subject to such Order:

<u>Memorandum of Law in Support of Plaintiff's Objection to Defendants' Motion for Summary Judgment</u>, dated August 19, 2004 and docketed August 23, 2004:  pages 16 and 24 (under seal).

<u>[Proposed] Amended Memorandum of Law in Support of Plaintiff's Objection to Defendants' Motion for Summary Judgment</u>, dated August 27, 2004 and not docketed as of the date of this Motion: pages 16 and 24 (redacted).

<u>Index of Evidence in Support of Plaintiff's Objection to Defendants' Motion for Summary Judgment</u>, dated August 19, 2004 and docketed August 23, 2004 (all under seal):

    Exhibit O:  Deposition of Erik Sousa, pages 77 – 81.
    Exhibit S:  Deposition of Brenda Lewis, page 18.
    Exhibit T:  Item # 2, Procedure 6.2.1, General Post Orders, Feb. 16, 2001 (pages 12 to end);
               Item # 3, Procedure 6.2.1, General Post Orders, August 23, 2003 (pages 12 to end);
               Item # 4, Procedure 6.2.17, Dormitory Orders, Sept. 27, 2000 (pages 9 to 12);
               Item # 6, Incident Report Package Referencing Incident, 01/25/01 (ALL).

Plaintiff further requests that the previously submitted copies of these items either be placed under seal or returned to the undersigned counsel.

Counsel for the Defendants concurs in this Motion.

                               Respectfully Submitted,

                               FOR THE PLAINTIFF
                               BRENDA J. LEWIS


                               _____
                               Lowell L. Peterson
                               Community Law Practice, LLC
                               Federal Bar # ct-22165
                               2065-A Main Street
                               Hartford, CT 06120
                               (Tel.) 860-728-3788
                               (Fax) 860-728-3755
                               lpeterson@clpllc.com

## CERTIFICATION OF SERVICE

I, LOWELL L. PETERSON, attorney for the Plaintiff Brenda J. Lewis, hereby certify that, on the 7th day of September 2004, I delivered the foregoing Motion To Place Portions Of Plaintiff's Response To Defendants' Motion For Summary Judgment Under Protective Seal, along with such sealed portions, to the Clerk of the United States District Court, District of Connecticut, Richard C. Lee United States Court House, 141 Church Street, New Haven, Connecticut, 06510, by first class mail, postage prepaid, and delivered a copy of the same by first class mail, postage prepaid, to the following counsel of record for all Defendants:

> Beth Z. Margulies, Esq.
> Assistant Attorney General
> 55 Elm Street, P.O. Box 120
> Hartford, CT 06141-0120

Dated: September 7, 2004

_____
Lowell L. Peterson
Counsel for the Plaintiff