UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BRENDA LEWIS, | : | CASE NO. 3:02CV2304 (MRK) |
| *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT, | : | |
| DEPARTMENT OF CORRECTION, | : | |
| ET AL. | : | SEPTEMBER 21, 2004 |
| *Defendants* | | |

## MOTION FOR PERMISSION TO FILE
## OVERSIZED REPLY BRIEF

The defendants, hereby move for permission to file their reply brief in excess of the ten page limitation set forth in Local Rule 7(d). The plaintiff had filed an oversized forty-five page brief in excess of the page limitation set forth in Local Rule 7(a) and the defendants found it impossible to limit their reply to less than nineteen pages. The defendants have attached their brief hereto.

DEFENDANTS,
DEPARTMENT OF CORRECTION,
ET AL.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

By: _____
Beth Z. Margulies  Federal Bar # ct08469
Assistant Attorney General
55 Elm Street, P.O. Box 120
Hartford, CT 06141-1020
Tel.: (860) 808-5340
Fax:  (860) 808-5383
E-mail: Beth.Margulies@po.state.ct.us

2

**CERTIFICATION**

I hereby certify that pursuant to §5(b) of the Federal Rules of Civil Procedure, a copy of the foregoing Motion for Permission to File Oversized Reply Brief was sent via first class mail, postage prepaid, this 21st day of September, 2004 to:

Lowell L. Peterson, Esq.
Community Law Practice, LLC
2065-A Main Street
Hartford, CT  06120
Tel.: 728-3788
Fax: 728-3755

_____
Beth Z. Margulies
Assistant Attorney General