UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BRENDA LEWIS, | : | CASE NO. 3:02CV2304(MRK) |
|   *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT, | : | |
| DEPARTMENT OF CORRECTION, ET AL. | : | |
|   *Defendants* | : | SEPTEMBER 22, 2004 |

### DEFENDANTS' LOCAL RULE 5(d)2 NOTICE
### AND MOTION TO SEAL
### OR SUBSTITUTE REDACTED DOCUMENT

Pursuant to the parties' Stipulated Protective Order and the court's granting of the Motion for Protective Order on April 15, 2004 and consistent with Conn. Gen. Stat. § 1-210(b)(18), the Defendants respectfully request that the plaintiff's deposition, p. 18, which item was previously submitted by Defendants on June 16, 2004 as a supplement to their Motion for Summary Judgment Exhibits submitted on June 15, 2004, be placed under seal in order to preserve the parties' expected confidentiality or be substituted by a redacted version (attached hereto). It should be noted that this same document, plaintiff's deposition, p. 18, was also previously submitted by Plaintiff in her responsive papers to Motion for Summary Judgment and is also the subject of Plaintiff's Motion to Place Portions of Response Under Protective Seal. As a result, this request by Defendant is consistent with the Plaintiff's prior request.

If the court accepts substitution of the attached redacted version for the previously filed page 18 of plaintiff's deposition, the Defendants further request that the unredacted original be returned to the undersigned. If the court chooses to grant the defendants'

motion to seal instead, the defendants have provided an envelope with the unredacted version in it and asks the court to place it and the originally filed unredacted version in it under seal.

                                          DEFENDANTS,
                                          DEPARTMENT OF CORRECTION,
                                          ET AL.

                                          RICHARD BLUMENTHAL
                                          ATTORNEY GENERAL


By:     _____
          Beth Z. Margulies
          Assistant Attorney General
          Federal Bar # ct08469
          55 Elm Street, P.O. Box 120
          Hartford, CT 06141-1020
          Tel.: (860) 808-5340
          Fax:  (860) 808-5383
          E-mail: Beth.Margulies@po.state.ct.us


**CERTIFICATION**

        I hereby certify that pursuant to §5(b) of the Federal Rules of Civil Procedure, a copy of the foregoing Motion for Extension of Time to File Reply Brief to Plaintiff's Opposition to Defendants' Motion for Summary Judgment was sent via first class mail, postage prepaid, this  22nd day of September, 2004 to:

    Lowell L. Peterson, Esq.
    Community Law Practice, LLC
    2065-A Main Street
    Hartford, CT  06120
    Tel.: 728-3788
    Fax: 728-3755


                                          _____
                                          Beth Z. Margulies
                                          Assistant Attorney General