UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRENDA LEWIS,<br>    *Plaintiff,* | : CIVIL NO. 3:02CV2304(MRK)<br>:<br>: |
| STATE OF CONNECTICUT,<br>DEPARTMENT OF CORRECTION,<br>ET AL.,<br>    *Defendants.* | :<br>:<br>:<br>: SEPTEMBER 21, 2004 |

FILED
SEP 27  4 10 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN

### DEFENDANTS' SUPPLEMENTAL LOCAL RULE 56(a)1 STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF REPLY BRIEF RE MOTION FOR SUMMARY JUDGMENT

89.   Warden Murphy referred discrimination complaints of other African Americans to the appropriate agency personnel in the Affirmative Action Unit who requested more information, but did not receive any specific particulars. Defendants' Exh 14, Defendants' Responses to Plaintiff's Interrogatories # 2 and # 4 attached hereto.

90.   The labor grievance process, used to redress violations of the collective bargaining agreement, is distinct from the agency's internal Affirmative Action Unit, which receives and investigates claims of discrimination. Defendants' Supplemental Exhibit 3, Kruk's Deposition, p. 91 attached hereto.

                                               DEFENDANTS,
                                               DOC, et al.

                                               RICHARD BLUMENTHAL
                                               ATTORNEY GENERAL

         BY: *Beth Z. Margulies*
                Beth Z. Margulies ct08469
                Assistant Attorney General
                Attorney General's Office
                P.O. Box 120
                Hartford, CT 06141-0120
                Beth.Margulies@PO.state.ct.us

## CERTIFICATION

I hereby certify that the foregoing Supplemental Local Rule 56(a) Statement Of Undisputed Facts In Support of Motion for Summary Judgment was mailed first clas, postage pre-paid, this 21st day of September, 2004 to Attorney Lowell Peterson, Community Law Practice, LLC, 2065-A Main Street, Hartford, Ct 06120; tel: 860-728-3788; fax: 860-728-3755.

*Beth Z. Margulies*
Beth Z. Margulies
Assistant Attorney General