UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BRENDA J. LEWIS, | : | |
| | : | |
| Plaintiff, | : | NO.   3:02cv2304 (MRK) |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT, | : | |
| DEPARTMENT OF CORRECTION, et al., | : | |
| | : | |
| Defendants. | : | |

## ORDER

The Plaintiff's Motion to Seal [doc. #71] and the Defendant's Motion to Seal [doc. #73] are both GRANTED, subject to the following instructions. The Clerk of the Court is directed to place the following pages of Plaintiff's Index of Evidence in Support of Plaintiff's Objection to Defendant's Motion for Summary Judgment [doc. #68] under seal in the envelopes provided by the Plaintiff:

    Exhibit O:    Deposition of Erik Sousa, pages 77 – 81.
    Exhibit S:    Deposition of Brenda Lewis, page 18.
    Exhibit T:    Item # T-2, Procedure 6.2.1, General Post Orders, Feb. 16, 2001 (pages 12
                  to end);  Item # T-3, Procedure 6.2.1, General Post Orders, August 23,
                  2003 (pages 12 to end); Item # T-4, Procedure 6.2.17, Dormitory Orders,
                  Sept. 27, 2000 (pages 9 to 12); Item # T-6, Incident Report Package
                  Referencing Incident, 01/25/01 (ALL).

The Clerk of the Court is further instructed to place both the Plaintiff's Memorandum of Law in Support of Plaintiff's Objection to Defendant's Motion for Summary Judgment [doc. #66]

and the Plaintiff's Amended Memorandum of Law in Support of Plaintiff's Objection to Defendant's Motion for Summary Judgment [doc. #80] under seal in their entirety. Plaintiff is hereby instructed to file **by October 15, 2004** a new full-sized version of her Memorandum of Law in Support of Plaintiff's Objection to Defendant's Motion for Summary Judgment, with pages 16 and 24 redacted in the manner described in the Plaintiff's Motion to Seal [doc. #71].

                                IT IS SO ORDERED.

                              /s/       Mark R. Kravitz
                                    United States District Judge

Dated in New Haven, Connecticut: October 12, 2004.