UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BRENDA LEWIS, | : | CASE NO. 3:02CV2304(MRK) |
| *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT, | : | |
| DEPARTMENT OF CORRECTION, ET AL. | : | |
| *Defendants* | : | May 10, 2005 |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE JOINT TRIAL MEMORANDUM
AND RESCHEDULE PRETRIAL CONFERENCE**

COMES NOW the defendants with the concurrence of plaintiff's counsel and respectfully request, hereby request pursuant to F. R. Civ. Proc. 6(b) and Local Rule 7(b) an extension of time to and including May 19, 2005 in which to file the Joint Trial Memorandum. The defendants further request the Pre-Trial Conference scheduled for May 26, 2005 to be continued to a new date. In support of this motion, the defendants, through counsel, represent as follows;

1.  The parties are working diligently toward completing the Joint Trial Memorandum. The parties, however, concur that additional time is required due to the complexity of the facts and law and the number of witnesses.

2.  The defendants have listed a total of 53 exhibits and the plaintiff has listed a total of 45 exhibits. Additional time is required to examine the exchanged exhibits and determine which exhibits will be admitted by stipulation and to which exhibits objections will be filed. Furthermore, defense counsel are finalizing a motion in limine and brief in

support thereof. Other work related to the Joint Trial Memo is required, including, but not limited to, completing jury instructions and stipulations.

    3. The defendants respectfully request that the day of the Pre-Trial Conference, currently scheduled for May 26, 2005, be rescheduled inasmuch as both counsel for the defendants will be engaged in another federal trial in <u>Alungbe v. Board of Trustees, Connecticut State University System, et al.</u>, 3:01CV0503(EBB) before the Honorable Ellen Bree Burns that date. Counsel for both parties will be available anytime on June 1 or the afternoon of June 3.

    4. The undersigned counsel for defendants has also been working for the last few weeks on a summary judgment motion in <u>Fisher v. Helt and Doyle</u>, 3:03cv02183(RNC) and preparing a complicated and lengthy CHRO fact-finding also scheduled for May 12. Co-counsel A.A.G. Joseph Jordano has been preparing for trial in <u>Alungbe v. CCSU</u>, 3:01cv0503(EBB). A.A.G. Beth Margulies is assisting him at trial. Jury selection was this morning May 10, 2005 and the trial begins May 26, 2005. In addition, the department is short staffed due to one attorney having left for private practice in February, one being out on medical leave for 4-6 weeks, and another one due to retire June 30, 2005.

    5. Pursuant to Local Rule 7(b), the undersigned contacted plaintiff's counsel, Lowell Peterson, Esq., and he has NO OBJECTION to this motion. The plaintiff will not be prejudiced by the delay in the filing of the Joint Trial Memorandum and the rescheduling of the Pre-Trial Conference.

WHEREFORE, the defendants with the concurrence of plaintiff's counsel respectfully request an extension of time to and including May 19, 2005 in which to file the Joint Trial Memorandum and the rescheduling of the Pre-Trial Conference to a date in early June, 2005.

    DEFENDANTS,
    DEPARTMENT OF CORRECTION,
    ET AL.

    RICHARD BLUMENTHAL
    ATTORNEY GENERAL

By: _____
    Beth Z. Margulies
    Assistant Attorney General
    Federal Bar # ct08469
    55 Elm Street, P.O. Box 120
    Hartford, CT 06141-1020
    Tel.: (860) 808-5340
    Fax: (860) 808-5383
    E-mail: Beth.Margulies@po.state.ct.us

**CERTIFICATION**

I hereby certify that pursuant to §5(b) of the Federal Rules of Civil Procedure, a copy of the foregoing Motion for Extension of Time to File Joint Trial Memorandum was sent via first class mail, postage prepaid, this 10th day of May, 2005 to:

Lowell L. Peterson, Esq.
Community Law Practice, LLC
2065-A Main Street
Hartford, CT  06120
Tel.: 728-3788
Fax: 728-3755

and hand delivered to the following:

Joseph A. Jordano, AAG
Employment Rights Department
55 Elm Street, 4th Floor
Hartford, CT  06141-0120
Tel: 860-808-5340
Fax: 860-808-5383

_____
Beth Z. Margulies
Assistant Attorney General