UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BRENDA LEWIS, | : | |
| | : | |
| Plaintiff, | : | NO.   3:02cv2304 (MRK) |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT DEPARTMENT OF CORRECTIONS, ET AL., | : | |
| | : | |
| Defendants. | : | |

## TRIAL SCHEDULING ORDER

Defendants' Unopposed Motion For Extension Of Time To File Joint Trial Memorandum And Reschedule Pretrial Conference [87] is GRANTED.  Having conferred with the parties on May 19, 2005, the Court hereby sets the following modified trial schedule:

1. The Parties' Joint Trial Memorandum is due no later than **June 20, 2005**.

2. A hearing on motions in limine will take place on **July 21, 2005 at 9:30 a.m.** in Courtroom # 4.

3. A final pre-trial conference will be held at **9:30 a.m. on August 25, 2005** in Courtroom # 4.

    **TRIAL COUNSEL MUST ATTEND THE FINAL PRE-TRIAL CONFERENCE.**

4. Jury selection will take place on **September 6, 2005 at 9:30 a.m.** in Courtroom # 4.  Trial will commence in this case at **9:00 a.m. on September 12, 2005**.

IT IS SO ORDERED.

/s/      Mark R. Kravitz
United States District Judge

Dated at New Haven, Connecticut: May 23, 2005.