UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BRENDA LEWIS, | : | CASE NO. 3:02CV2304(MRK) |
|   *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT, | : | |
| DEPARTMENT OF CORRECTION, ET AL. | : | |
|   *Defendants* | : | June 16, 2005 |

## DEFENDANTS' MOTION FOR EXTENSION OF TIME
## TO FILE JOINT TRIAL MEMORANDUM

COMES NOW the defendants and respectfully request an extension of time to and including July 20, 2005 in which to file the joint trial memorandum. In support of this motion, the defendants, through counsel, represent as follows:

1.    The current deadline for filing of the Joint Trial Memorandum is June 20, 2005.

2.    Both the undersigned and Assistant Attorney General Joseph A. Jordano participated in a week-long jury trial in federal court in <u>Alungbe v. Connecticut State University System</u>, 3:01CV0503(EBB) at the end of May 2005.

3.    The Employment Rights Department, to which the undersigned is assigned, recently lost one attorney to private practice, another attorney is working a part-time schedule due to recent surgery, and another attorney is retiring effective July 1, 2005. As a result, some of their cases have been reassigned to the undersigned. There is no date certain when additional staff will be assigned to the Employment Rights Department to alleviate the current situation.

4. The undersigned's co-counsel in the instant matter, AAG Jordano, is scheduled to begin a jury trial in state court in <u>Oppenheim v. University of Connecticut</u>, CV 03-0472301 S in New Haven at the end of June 2005. AAG Jordano is the author of a preliminary draft of a Motion in Limine in the instant action and his availability to work on that motion has been greatly circumscribed by his preparation and participation in the <u>Ooppenheim</u> trial.

5. The undersigned has also had other pressing matters to attend to in the last two weeks including attending fact-finding conferences, witness preparation, settlement conference, and a deposition. A motion for summary judgment is due shortly in <u>Fisher v. Helt and Doyle</u>, 3:03cv2183 (RNC); and a reply brief in <u>Zack v. State of Connecticut</u>, 3:04cv01802 (AWT) is presently due June 17 for which an extension is also sought.

6. The above-captioned matter is scheduled for jury selection for September 6, 2005 with the trial date scheduled for September 12, 2005.

7. The parties will not be prejudiced by the delay in the filing of the Joint Trial Memorandum. The parties require additional time in which to fully comply with the Judge's standing order regarding witnesses and exhibits, jury instructions and verdict forms, and motion in limine.

8. Pursuant to Local Rule 7(b), the undersigned contacted plaintiff's counsel, Lowell Peterson, Esq., but he has not yet responded.

WHEREFORE, the defendants through counsel respectfully request an extension of time of thirty days to and including July 20, 2005 in which to file the Joint Trial Memorandum.

                                        DEFENDANTS,
                                        DEPARTMENT OF CORRECTION,
                                        ET AL.

                                        RICHARD BLUMENTHAL
                                        ATTORNEY GENERAL

By: _____
      Beth Z. Margulies
      Assistant Attorney General
      Federal Bar # ct08469
      55 Elm Street, P.O. Box 120
      Hartford, CT 06141-1020
      Tel.: (860) 808-5340
      Fax: (860) 808-5383
      E-mail: Beth.Margulies@po.state.ct.us

## **CERTIFICATION**

I hereby certify that pursuant to §5(b) of the Federal Rules of Civil Procedure, a copy of the foregoing Motion for Extension of Time to File Joint Trial Memorandum was sent via first class mail, postage prepaid, this 16th day of June, 2005 to:

Lowell L. Peterson, Esq.
Community Law Practice, LLC
2065-A Main Street
Hartford, CT  06120
Tel.: 728-3788
Fax: 728-3755

                                        _____
                                        Beth Z. Margulies
                                        Assistant Attorney General