### UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **BRENDA J. LEWIS,** | : | **CIVIL ACTION CASE NO.** |
| *Plaintiff*, | : | |
| v. | : | 302 CV 2304 (MRK) |
| **STATE OF CONNECTICUT,** | : | |
| **DEPARTMENT OF CORRECTION** | : | |
| *et al.*, | : | |
| *Defendants* | : | JUNE 21, 2005 |

### PLAINTIFF'S REPLY TO DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE JOINT TRIAL MEMORANDUM

In connection with the captioned case, Counsel for the Defendants has filed a request asking the Court to extend the time for submission of the Parties' Joint Trial Memorandum by 30 days from June 20 to July 20, 2005.

As indicated in paragraph 8 of Defendants' Motion, Defendants' Counsel made a good faith effort to contact Counsel for Plaintiff regarding whether Plaintiff would consent or object to this request. As Counsel for Plaintiff, the undersigned regrets his unavailability to reply in a more timely fashion. However, the undersigned represents that he has communicated to Defendants' Counsel that he does not object to the requested extension, *provided that* no further extensions are granted and that the extension under consideration will not result in a delay in the commencement of trial in this matter. Defendants' Motion appears to conform to this condition and Plaintiff's Counsel therefore does not object to its being granted by the Court.

Respectfully Submitted,

        FOR THE PLAINTIFF
        BRENDA J. LEWIS

        _____

        Lowell L. Peterson
        Community Law Practice, LLC
        2065-A Main Street
        Hartford, CT 06120
        (Tel.) 860-728-3788
        (Fax) 860-728-3755
        lpeterson@clpllc.com
        Federal Bar # ct-22165

## **CERTIFICATION OF SERVICE**

I, LOWELL L. PETERSON, attorney for the Plaintiff Brenda J. Lewis, hereby certify that, on the 21st day of June 2005, I delivered the foregoing Plaintiff's Reply To Defendants' Motion For Extension Of Time To File Joint Trial Memorandum to the Clerk of the United States District Court, District of Connecticut, Richard C. Lee United States Court House, 141 Church Street, New Haven, Connecticut, 06510, by facsimile transmission and by electronic filing, and delivered a copy of the same by facsimile transmission and by electronic filing to the following counsel of record for all Defendants:

    Beth Z. Margulies, Esq.
    Assistant Attorney General
    55 Elm Street, P.O. Box 120
    Hartford, CT 06141-0120

Dated:  June 21, 2005

                                                                                   Lowell L. Peterson
                                                                                  Attorney for Plaintiff