UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BRENDA LEWIS | : | CIVIL NO. 3:02CV2304 (MRK) |
|    *PLAINTIFF,* | : | |
| | : | |
| V. | : | |
| | : | |
| DOC, ET AL. | : | |
|    *DEFENDANTS* | : | JULY 15, 2005 |

**PROPOSED VOIR DIRE QUESTIONS**

**SCHEDULE D**

1.    Do you know any of the: (1) lawyers or law firms involved in this case; (2) the witnesses; (3) the parties?

2.    As jurors, the court will instruct you about the law that applies to this case. Can you apply the law, not as you believe it should be or would want it to be, but only as instructed by the court, even if you personally disagree?

3.    Have you or a member of your family, a friend, or any close friends ever been employed by the State of Connecticut? If so, please state who was employed by the State, describe the position held, state when the position was held?

4.    If you are employed, please state:

      A. The name of your employer;

      B. Your job title;

      C. Time you have been employed with current employer.

5.    If you have a spouse who is employed, please state:

      A. The name of your spouse's employer;

      B. Your spouse's job title;

     C. Your spouse's time with current employer.

 6. Have you, or has any member of your family, a friend, or any close associate, had any experience with any officer or employee of the State of Connecticut the knowledge of which would prevent you from considering the evidence impartially and fairly?

 7. Have you, or has any member of your family, a friend, or any close associate, had any experience with any person who has claimed to be injured by a racially discriminatory practice the knowledge of which would prevent you from considering the evidence impartially and fairly?

 8. Many of the witnesses in this case are employed by the State of Connecticut, specifically in the Department of Correction. Have you or has any member of your family, a friend, or any close associate had a personal experience with a member or members of this department such that it would make it difficult to consider their testimony impartially and fairly?

 9. Have you or has any member of your family, a friend, or a close associate ever been involved in what you consider to be a negative or unpleasant experience with the Department of Correction or any employee of the Department of Correction? If so, please explain.

 10. Have you or has any member of your family, a friend, or a close associate ever been involved in what you consider to be a negative or unpleasant experience regarding a working or personal relationship with one or more persons of a different race under circumstances such that the racial difference contributed to such negative or unpleasant experience? If so, please explain.

11. Have you ever held a position entailing supervisory responsibility including the right to hire, promote, fire, discharge, discipline and/or reprimand employees?

12. Have you or has any close friend or relative ever brought suit against the State of Connecticut or any other governmental agency?

13. This case involves allegations of discrimination based upon race. Have you or has any close friend or relative had any personal experience that would make it difficult for you to consider such claims impartially and fairly with respect to all parties?

14. Do you have any opinion about lawsuits involving claims of discrimination generally, or employment discrimination in particular? If so, please explain.

15. Have you or has any member of your family, a friend, or a close associate ever filed a complaint or lawsuit against your employer or been involved, as a party or a witness testifying, in a lawsuit or other hearing against an employer? If the answer to the foregoing question is yes, what were the nature and circumstances of the complaint?

16. Have you or has any member of your family, a friend, or a close associate ever testified in a lawsuit or other hearing against your employer or one or more coworkers?

17. To your knowledge, have you or has any member of your family, a friend, or a close associate ever been treated unfairly by your/his/her employer because of age, race, national origin, color, gender, or any other reason? If so, would the knowledge of that event prevent you from judging the evidence in this case on a fair and impartial basis? Please explain in detail.

18. This case involves allegations that defendants violated the plaintiff's civil rights. Have you or has any member of your family, a friend, or a close associate ever been involved in any legal matter involving an alleged violation of civil rights?

19. Do you have any opinion, either favorable or unfavorable, about lawsuits alleging a violation of civil rights that might affect how you would consider the evidence in this case or might influence your ability to be fair and impartial in this case?

20. Have you or has any member of your family or a close associate ever:

    A. Been a plaintiff or defendant in a lawsuit?

    B. Been a witness in a lawsuit?

    C. Belonged to any civil rights or civil justice organization?

If your answer is yes to either of these questions, please provide details and state whether you believe this will prevent you from judging this case based on the evidence and as this Judge has instructed you?

21. Do you have any opinion or feelings, positive or negative, regarding parties who come to court and sue for money damages?

22. Do you have any opinion or feelings, positive or negative, regarding lawsuits or other claims brought on the basis of alleged racial discrimination? If so, explain in detail.

23. Have you ever served in the military? If yes, in what branch did you serve and at what rank?

24. Have you ever served on a jury before? If the answer is yes, please state when and what type of case?

25. Have any of you ever been a member of a union? If so, which one? If so, did your experiences affect your perception of relations between labor and management in such a way that it might be difficult for you to judge this case fairly and impartially?

26. Have you or has any member of your family, a friend, or a close associate ever held a union office such as union steward or treasurer, vice president, president or secretary?

27. Have you or has any member of your family, a friend, or a close associate ever had been assigned to a human resources or personnel department of an employer and dealt with responding to union grievances or discrimination claims?

28. Have you or has any member of your family, a friend, or a close associate ever represented a union member in a grievance or arbitration? Did the matter involve discrimination?

29. Have you or has any member of your family, a friend, or a close associate ever filed grievances of any kind against your employer? What basis? What resolution? How long ago?

30. Have you or has any member of your family, a friend, or a close associate ever filed discrimination claims against your employer? What basis? What resolution? How long ago?

31. Have you or has any member of your family, a friend, or a close associate ever been injured on the job and filed workers' comp claims?

32. Is there anything that you've heard about this case that indicates to you that you cannot judge this case fairly and on the evidence presented and as instructed by the Judge?

        PLAINTIFF,
        BRENDA LEWIS

        _____

        Attorney Lowell Peterson
        Federal Bar # ct 22165
        Community Law Practice, LLC
        2065-A Main Street
        Hartford, CT 06120
        Tel: 860-728-3788
        Fax: 860-728-3755
        Email: lpeterson@clpllc.com


        DEFENDANTS, DOC et al.


        RICHARD BLUMENTHAL
        ATTORNEY GENERAL


        _____
BY:   Beth Z. Margulies
        Assistant Attorney General
        55 Elm Street, P.O. 120
        Hartford, CT  06141-0120
        Tel:  (860) 808-5340
        Fax:  (860) 808-5383
        Federal Bar No. #ct08469
        Beth.Margulies@po.state.ct.us

## **CERTIFICATION**

   I hereby certify that the foregoing was mailed this _____ day of July 2005, first class postage prepaid, to:

Lowell Peterson, Esq.
Community Law Practice, LLC
2065-A Main Street
Hartford, CT 06120
Tel: 860-728-3788
Fax: 860-728-3755
Email: lpeterson@clpllc.com

                 _____
                 Beth Z. Margulies
                 Assistant Attorney General