# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **BRENDA J. LEWIS,** | : | **CIVIL ACTION CASE NO.** |
| *Plaintiff*, | : | |
| v. | : | 302 CV 2304 (MRK) |
| **STATE OF CONNECTICUT,** | : | |
| **DEPARTMENT OF CORRECTION** | : | |
| *et al.,* | : | |
| *Defendants* | : | JULY 15, 2005 |

### [PLAINTIFF'S] PROPOSED VERDICT FORM

**I.     As to Plaintiff's claim against the defendant Department of Correction, under Title VII, that she was subjected to a hostile work environment based on race.**

Do you the jury find:

(1)   That plaintiff has proved by a preponderance of the evidence that she was subjected to unwelcome verbal or physical conduct that she subjectively perceived as harassment creating a hostile work environment?

If "Yes" _____, proceed to Question 2.

If "No" _____, proceed no further and report your finding on this claim in favor of defendant DOC.

(2)   That plaintiff has proved by a preponderance of the evidence that such conduct was sufficiently severe or pervasive to unreasonably interfere with a reasonable person's work performance, to alter the conditions of her employment and to create an abusive working environment?

If "Yes" _____, proceed to Question 3.

If "No" _____, proceed no further and report your finding on this claim in favor of defendant DOC.

(3)     That plaintiff has proved by a preponderance of the evidence that plaintiff's race was a motivating factor in subjecting her to this conduct?

If "Yes" _____, proceed to Question 4.

If "No" _____, proceed no further and report your finding on this claim in favor of defendant DOC.

(4)     That Defendant DOC has proved by a preponderance of the evidence that Defendant DOC had exercised reasonable care to prevent and correct promptly any discriminatory conduct?

If "Yes" _____, proceed to Question 5.

If "No" _____, proceed TO QUESTION 6.

(5)     That Defendant DOC has proved by a preponderance of the evidence that plaintiff unreasonably failed to take advantage of any preventive or corrective opportunities provided by the employer or otherwise to avoid discriminatory harm by following defendant's available and uniformly enforced prescribed procedures?

If "Yes" _____, proceed no further and return a verdict in favor of Defendant DOC.

If "No" _____, proceed TO QUESTION 6.

(6) Having answered all the foregoing questions in favor of the plaintiff Brenda Lewis, the jury further finds that plaintiff is entitled to an award of compensatory damages in the amount of:

$ _____

**II.   As to Plaintiff's claim against the defendant Erik Sousa, under Section 1983, that she was deprived of her federally guaranteed right to a workplace free of discrimination under Section 1981.**

Do you the jury find:

(1) That plaintiff has proved by a preponderance of the evidence that defendant Erik Sousa's conduct was committed in his capacity as a person acting "under color of state law"?

If "Yes" _____, proceed to Question 2.

If "No" _____, proceed no further and report your finding on this claim in favor of defendant DOC.

(2) That plaintiff has proved by a preponderance of the evidence that this conduct deprived the plaintiff of rights, privileges or immunities secured by § 1981 of the Civil Rights Act, as amended, to include the enjoyment of all benefits, privileges, terms and conditions of her employment?

If "Yes" _____, proceed to Question 3.

If "No" _____, proceed no further and report your finding on this claim in favor of defendant DOC.

    (3)    That plaintiff has proved by a preponderance of the evidence that defendant Sousa acted with the necessary state of mind of intent to deprive plaintiff of her rights, or with reckless disregard for the consequence of his conduct?

If "Yes" _____, proceed to Question 4.

If "No" _____, proceed no further and report your finding on this claim in favor of defendant DOC.

    (4)    That plaintiff has proved by a preponderance of the evidence that defendant Sousa's conduct was the proximate cause of injuries and consequent damages sustained by the plaintiff?

If "Yes" _____, proceed to Question 5.

If "No" _____, proceed no further and report your finding on this claim in favor of defendant DOC.

    (5)    Having answered the foregoing questions affirmatively in favor of the plaintiff, do you nevertheless find that defendant Erik Sousa has proven by a preponderance of the evidence that he did not know that what he did was in violation of federal law *and* that a competent public official could not have been expected at the time to know that his conduct was in violation of federal law?

If "Yes" _____, proceed no further and report your finding on this claim in favor of defendant DOC.

If "No" _____, proceed to Question 5.

4

(6)   Having answered questions 1 through 4 above affirmatively in favor of the plaintiff, and having found that defendant Sousa does not qualify for the affirmative defense of qualified immunity, the jury further finds that plaintiff is entitled to an award of compensatory damages in the amount of:

$ _____

(7)   Having further found that defendant Sousa's conduct was particularly egregious, the jury finds that plaintiff is entitled to an award of punitive damages in the amount of:

$ _____

Respectfully Submitted,

        PLAINTIFF,
        BRENDA LEWIS

By: _____
      Lowell L. Peterson
      Community Law Practice, LLC
      Federal Bar # ct-22165
      2065-A Main Street
      Hartford, CT 06120
      Tel: (860) 728-3788
      Fax: (860) 728-3755
      Email: lpeterson@clpllc.com

## **CERTIFICATION**

I certify that a copy of the foregoing [Plaintiff's] Proposed Verdict Form was delivered by electronic mail transmission to the following counsel of record on July 13, 2005.

Beth Z. Margulies
Assistant Attorney General
Federal Bar # ct08469
55 Elm Street, P.O. Box 120
Hartford, CT 06141-1020
E-mail: Beth.Margulies@po.state.ct.us

_____
Lowell L. Peterson, Esq.
Community Law Practice, LLC
Federal Bar ID # ct-22165
2065-A Main Street
Hartford, CT 06120
Tel.: 728-3788
Fax: 728-3755
E-mail: lpeterson@clpllc.com