**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

BRENDA LEWIS,                  :        CIVIL NO. 3:02CV2304 (MRK)
      *Plaintiff,*          :
                            :

STATE OF CONNECTICUT,
DEPARTMENT OF CORRECTION,
ET AL.,                        :
      *Defendants.*         :        JULY 15, 2005

## JURY VERDICT FORM I

## TITLE VII AGAINST DOC

1.     Has Ms. Lewis proven, by a preponderance of the evidence, that she, subjectively and objectively, suffered harassment by Lieutenant Eric Sousa due to her race, sufficiently severe or pervasive so as to alter the conditions of her employment such that she was subjected to a racially hostile work environment?

_____ Yes          _____ No

If you have answered "Yes" to Question 1, please proceed to Question Number 2.  If you have answered "No", please sign and date this form.

(If the Court determines that Lt. Eric Sousa was plaintiff's supervisor -

2.     Did the defendant DOC prove by a preponderance of the evidence that it exercised reasonable care to prevent and correct promptly any racially harassing behavior by having in place a policy and procedure for addressing discrimination complaints?

_____ Yes          _____ No

3.      Did the defendant DOC prove by a preponderance of the evidence that the plaintiff unreasonably failed to take advantage of any preventive or corrective opportunities provided by the employer or to avoid harm otherwise?

_____ Yes          _____ No

If you have answered "Yes" to Questions 2 and 3, the employer has proven its affirmative defense and you should please sign and date this form.  If you have answered "No" to either Question 2 or 3, please proceed to Question Number 4.


(If the Court determines that Lt. Eric Sousa was plaintiff's co-worker -

2a.      Did the plaintiff prove by a preponderance of the evidence that defendant DOC provided no reasonable avenue to address racial discrimination complaints?

_____ Yes          _____ No


3a.      Did the plaintiff prove by a preponderance of the evidence that defendant DOC knew or reasonably should have known about the racial harassment but failed to take appropriate remedial action?

_____ Yes          _____ No


If you have answered "Yes" to both Question 2a and Question 3a, please proceed to Question 4.  If you answered "No" to either Question 2a or 3a, you should please sign and date this form.)

4.      Has Ms. Lewis proven, by a preponderance of the evidence, that she suffered compensatory damages proximately caused by the defendant's actions?

_____ Yes            _____ No

If you have answered "Yes" to Question 4, please proceed to Question Number 5.  If you have answered "No", please sign and date this form.

5.      What amount of money will fully compensate Ms. Lewis for her compensatory damages?

$_____

Your deliberations are at an end.  The foreperson should sign and date these interrogatories and notify the Marshal that you have reached a verdict.  Your verdict will them be returned to the Court.

_____

FOREPERSON

Dated at _____, Connecticut, this _____ day of _____, 2005.

DEFENDANTS, DOC et al.


By:    RICHARD BLUMENTHAL
       ATTORNEY GENERAL



_____
Beth Z. Margulies
Assistant Attorney General
55 Elm Street, P.O. 120
Hartford, CT  06141-0120
Tel:  (860) 808-5340
Fax:  (860) 808-5383
Federal Bar No. #ct08469
Beth.Margulies@po.state.ct.us




## **CERTIFICATION**

I hereby certify that the foregoing was mailed this 15th day of July 2005, first class postage prepaid, to:

Lowell Peterson, Esq.
Community Law Practice, LLC
2065-A Main Street
Hartford, CT 06120
Tel: 860-728-3788
Fax: 860-728-3755
Email: lpeterson@clpllc.com



_____
Beth Z. Margulies
Assistant Attorney General