SCHEDULE A

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **BRENDA J. LEWIS,** | : | CIVIL ACTION CASE NO. |
| *Plaintiff,* | : | |
| v. | : | 302 CV 2304 (MRK) |
| **STATE OF CONNECTICUT,** | : | |
| **DEPARTMENT OF CORRECTION** | : | |
| *et al.,* | : | |
| *Defendants* | : | JULY 15, 2005 |

## PLAINTIFF'S LIST OF EXHIBITS EXPECTED TO BE USED AT TRIAL

**GENERAL DESCRIPTION**   <u>Documents with Respect to Incident of March 9, 2001 (Medical Relief)</u>

1. Incident Report # 01-382 Re 3/9/01 Incident
2. Undated, unnumbered Incident Report of Brenda J. Lewis
3. Unnumbered Incident Report of Erik Sousa, dated 8-29-02
4. Undated, unnumbered Incident Report of Richard Hebert
5. Statement of Officer J. Morelli, 5-26-01
6. 4-5-01 Memo, Brenda Lewis to Warden Murphy
7. Grievance of Brenda Lewis and Step III Answer

**GENERAL DESCRIPTION**   <u>Documents with Respect to Incident of June 20, 2001 (Lobby Control Post)</u>

8. Letter, Nora Ryan to Dr. Cohen, May 10, 2001, w/atchs
9. Response of Dr. Cohen to Nora Ryan letter
10. Nora Ryan Letter to Lewis, Recuperative Post, May 11, 2001
11. Unnumbered Incident Report from Brenda Lewis, dated 6-20-01
12. Daily Post Record for June 20, 2001

**GENERAL DESCRIPTION**   <u>Document with Respect to Incident of March 29, 2002 (Log Book Signing)</u>

13. Copy of Log Entries

**GENERAL DESCRIPTION**   <u>Documents with Respect to Incident of April 22, 2002</u>

14. Central Intelligence Unit Investigation HCC Incident Report # 02-803 re 4-22-02 Alleged Assault

|                     |    |                                                                                      |
|---------------------|----|--------------------------------------------------------------------------------------|
|                     | 15 | Grievance of Brenda Lewis, dated 4/29/02, re 4/22/02 Incident                        |
| GENERAL DESCRIPTION |    | Document with Respect to Failed Overtime Contact of June 20, 2001 (Lobby Control Post) |
|                     | 16 | Grievance of Brenda Lewis                                                            |
| GENERAL DESCRIPTION |    | Document with Respect to "Buzzer Door" Incident of August 13, 2004                   |
|                     | 17 | Unnumbered Incident Report of Brenda J. Lewis, dated 8-13-02                         |
| GENERAL DESCRIPTION |    | Miscellaneous Other Incidents                                                        |
|                     | 18 | Incidents involving Eunice Smith and Erik Sousa                                      |
|                     | 19 | Incident involving Harris Porter and Erik Sousa                                      |
|                     | 20 | Grievance of Errol Goodison re Erik Sousa                                            |
|                     | 21 | CHRO Complaint of Bruce Denby in re Erik Sousa                                       |
|                     | 22 | Grievance of Ossie Channer re Erik Sousa                                             |
|                     | 23 | Incident Report dated 10-31-01 of P. Gonzales re Erik Sousa                          |
|                     | 24 | Incident Report dated 4-7-02 of Carlos Garcia re Erik Sousa                          |
|                     | 25 | Incident Report Package # 01-992 re Incident of June 20, 2001                        |
|                     | 26 | Incident Report # 02-1138 dated 6-7-02 re Counselor Patterson                        |
| GENERAL DESCRIPTION |    | **Documents Subject to Stipulated Protective Order**                                 |
|                     | 27 | Request for Security Investigation re Brent Coleman                                  |
|                     | 28 | Administrative Directive 6.2, Facility Post Orders and Logs, July 1, 1996            |
|                     | 29 | General Post Orders Hartford C. C., Procedure 6.2.1, February 16, 2001               |
|                     | 30 | General Post Orders, Hartford C. C., Procedure 6.2.1, August 23, 2002                |
|                     | 31 | Dormitory Officer Procedures, Hartford C. C., Procedure 6.2.17, September 27, 2000   |
|                     | 32 | "Initial Inquiry" Involving Lt. Chouinard and Officer Mingo, 06/22/00                |
|                     | 33 | Incident Report Package # 01-0138, Involving Use of Code Orange                      |
| GENERAL DESCRIPTION |    | Miscellaneous Facility Documents                                                     |
|                     | 34 | Excerpts of Collective Bargaining Agreement                                          |
|                     | 35 | Policy Reminder from Warden Murphy, October 22, 2001                                 |
|                     | 36 | Administrative Directive, Employee Discipline No. 2.6, January 15, 1999              |
|                     | 37 | Unit Directive, Employee Discipline No. 2.6, January 15, 1999                        |
|                     | 38 | Administrative Directive, Employee Conduct No. 2.17, March 15, 2000                  |
|                     | 39 | Unit Directive, Employee Conduct No. 2.17, March 15, 2000                            |

|  |  |  |
|---|---|---|
|  | 40 | Post Orders, Lieutenant No. 6.2.44, July 1, 2000 |
|  | 41 | Unit Directive, Reporting of Incidents No. 6.6, October 1, 1997 |
|  | 42 | Notice of Shift Change, Lieutenant Sousa, 09/15/2000 |
|  | 43 | Incident Report Package # HCC 01-715 dated 5/13/01 re C/O Carlos Garcia |
| GENERAL DESCRIPTION |  | Miscellaneous Medical Records of Prospective Experts |
|  | 44 | Steven Horowitz, M.D. |
|  | 45 | Robert B. Cohen, M.D. |
| GENERAL DESCRIPTION | 46 | Hand-written Memo from Warden Murphy dated 2-8-01 re staff injury [Offered with respect to policy against staff use of emergency code] |
| GENERAL DESCRIPTION | 47 | Six-page Incident Report prepared by Lt. J. F. Eady, dated 5/15/01 [Additional complaint regarding conduct of Lt. Sousa] |
| GENERAL DESCRIPTION |  | Illness or Injury Reports with Respect to Which Relief was Granted [Indicative of disparate treatment; not as element of discrimination, but as inference of racial motivation] |
|  | 48 | CFSS 1 Steven Mannette |
|  | 49 | C/O Patricia Gonzales |
|  | 50 | C/O David Milewski |
|  | 51 | C/O Garland May |
|  | 52 | C/O Marion Baker |
|  | 53 | C/O Debra Sholes |
| GENERAL DESCRIPTION | 54 | Stack of 12 Miscellaneous Unnumbered Incident Reports [Rebuttal to testimony that all processed incident reports are assigned a number] |
| GENERAL DESCRIPTION | 55 | HCC Incident Report 01-662, C/O Elwood Evans [Regarding a failure to discipline Lt. Sousa for conduct "unbefitting" a manager] |
| GENERAL DESCRIPTION | 56 | Investigative Report concluding that actions of Salvatore Pitruzzello toward African American CO's was "unbecoming" to a Union Steward [offered only in rebuttal to testimony of CO Pitruzzello if allowed over Plaintiff's objection] |

Respectfully Submitted,

PLAINTIFF
BRENDA J. LEWIS


By: _____
Lowell L. Peterson
Community Law Practice, LLC
Federal Bar # ct-22165
2065-A Main Street
Hartford, CT 06120
Tel. (860) 728-3788
Fax (860) 728-3755
E-mail: lpeterson@clpllc.com


**CERTIFICATION**

I certify that a copy of the foregoing Plaintiff's List of Exhibits was delivered by electronic mail transmission to the following counsel of record on July 13, 2005.

Beth Z. Margulies
Assistant Attorney General
Federal Bar # ct08469
55 Elm Street, P.O. Box 120
Hartford, CT 06141-1020
E-mail: Beth.Margulies@po.state.ct.us


_____
Lowell L. Peterson, Esq.
Community Law Practice, LLC
Federal Bar ID # ct-22165
2065-A Main Street
Hartford, CT  06120
Tel.: 728-3788
Fax: 728-3755
E-mail: lpeterson@clpllc.com

4