UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BRENDA LEWIS, | : | CASE NO. 3:02CV2304(MRK) |
| *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT, | : | |
| DEPARTMENT OF CORRECTION, ET AL. | : | |
| *Defendants* | : | JULY 15, 2005 |

**JOINT TRIAL MEMORANDUM**
**SCHEDULE AA - Defendants' Index of Exhibits**

501. Incident report of March 9, 2001 submitted to Warden Murphy
502. Undated "incident report" signed by Brenda Lewis re March 9, 2001 incident
503. Handwritten report by Officer Morelli re March 9, 2001
504. Undated handwritten report written by Officer Hebert re March 9, 2001
505. Undated Handwritten Incident Report by Robinson re March 9, 2001
506. Supplemental Incident Report by Lt. Sousa dated 8-29-02
507. Incident Report by Dorozko dated 8-23-02
508. Plaintiff's April 5, 2001 memo about delay
509. Logs re 3-9-01
510. Grievance, Step I, II, and III response re March 9, 2001 incident
511. Sandy Milholen's notes re March 9, 2001 grievance
512. May 10, 2001 letter from Nora Ryan to Dr. Cohen re approval of recuperative post assignment
513. Dr. Cohen's reply approving recuperative post
514. May 11, 2001 letter to plaintiff regarding Dr. Cohen's approval of recuperative post assignment
515. Grievance and responses re plaintiff's claim of lost overtime opportunity on July 24, 2002
516. Papers related to overtime grievance of July 24, 2002
517. Incident Report of August 2002 South Block
518. June 12, 2002 report of Captain Stuart Mendelson
519. Counseling of Brenda Lewis for April 2002 South Block incident
520. Counseling of Eric Sousa for April 2002 South Block incident
521. Collective bargaining agreement 7/1/94 – 6/30/2001
522. Collective bargaining agreement 7/1/01-6/30/2004
523. Job Descriptions for Lieutenant at DOC
524. Administrative Directive 6.2
525. Administrative Directive 2.17

526. Administrative Directive 2.1
527. CHRO complaint dated Nov. 30, 2001
528. Notices of No Reasonable Cause dated Dec. 3, 2001 to plaintiff and respondent personnel officer
529. January 28, 2002 EEOC charge of discrimination
530. EEOC letter dated July 23, 2002
531. Sept. 30, 2002 letter from plaintiff's attorney to EEOC Feng An with Sept. 30, 2002 Amended Charge
532. Sept. 30, 2002 right to sue notice
533. Oct. 1, 2002 letter from EEOC to Respondent
534. Lewis grievance re South Block incident
535. intentionally left blank
536. Nichols Incident report
537. Patterson Incident report re June 7, 2002
538. Patterson letter dated Nov. 20, 2002
539. Transfer Request and approval re UCONN
540. Workplace violence policy
541. Rosters 12-8 shift for 6/20/01
542. Lt. Sousa statement re 4-22-02 injury
543. Defendants' Second Interrogatories Request dated April 14, 2004 and responses thereto
*should be placed under seal or in redacted version to protect confidential info –*
544. Administrative Directive 7.7 – emergency and radio communications
545. Post Orders Hartford CC - # 6.2.1 – General Post Orders eff. 2-16-01
546. Post Orders Hartford CC - # 6.2.17 and # 6.2.18– Dorm Officer 1 and 2 eff. 9-27-00
550. Incident Summary Report of Code used for E. Smith
551. Incident Report – P. 1 re code use for Counselor Citron
552. Incident Report dated 6-3-00 – C/O Rodriguez
553. Incident Report - Page 1 re Andrews dated 7/30/01

*Only if motion in limine is denied -*
547. Papers related to Porter complaint dated May 13, 2001
548. Sousa's response to Denby's claim, re incident Oct. 20, 2002
549. Agency response re Lt. Foster-Eady Complaint of 5/15/01

Rebuttal and Impeaching Exhibits
        Includes, but is not limited to, all Deposition Testimony and all previously disclosed production materials
Deposition of Brenda Lewis
Deposition of C/O Hebert
Deposition of C/O Morelli
Deposition of Eric Sousa
Deposition of Don Kruk
Deposition of Peter Murphy

DEFENDANTS, DOC et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL


BY: _____
Beth Z. Margulies
Assistant Attorney General
55 Elm Street, P.O. 120
Hartford, CT  06141-0120
Tel:  (860) 808-5340
Fax:  (860) 808-5383
Federal Bar No. #ct08469
Beth.Margulies@po.state.ct.us


## CERTIFICATION

I hereby certify that the foregoing was mailed this _____ day of July 2005, first class postage prepaid, to:

Lowell Peterson, Esq.
Community Law Practice, LLC
2065-A Main Street
Hartford, CT 06120
Tel: 860-728-3788
Fax: 860-728-3755
Email: lpeterson@clpllc.com


_____
Beth Z. Margulies
Assistant Attorney General