UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BRENDA LEWIS, | : | CASE NO. 3:02CV2304(MRK) |
| *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT, | : | |
| DEPARTMENT OF CORRECTION, ET AL. | : | |
| *Defendants* | : | JULY 15, 2005 |

## DEFENDANTS' MOTION IN LIMINE

The defendants move to exclude any testimony or exhibits with regard to certain evidence offered by plaintiff in her Joint Trial Memorandum as more fully set forth in the attached memorandum in support of defendants' motion in limine.

DEFENDANTS,

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Joseph A. Jordano  (ct 21487)
Assistant Attorney General
55 Elm Street, P. O. Box 120
Hartford, CT 06141-0120
Tel: 860-808-5340
Fax: 860-808-5383
email: Joseph.Jordano@po.state.ct.us

## **CERTIFICATION**

The undersigned hereby certifies that on the 15th day of July, 2005, a true and accurate copy of the foregoing, Defendants' Memorandum in Support of Their Motion in Limine, was sent by United States mail, first class postage prepaid, to the following:

Lowell L. Peterson, Esq.
Community Law Practice, LLC
2065-A Main Street
Hartford, CT  06120
Tel.: 728-3788
Fax: 728-3755

_____
Joseph A. Jordano
Assistant Attorney General