UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BRENDA LEWIS, | : | CASE NO. 3:02CV2304(MRK) |
| *Plaintiff,* | : | |
| | : | Judge: Mark R. Kravitz |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT, | : | Notice of Manual Filing |
| DEPARTMENT OF CORRECTION, | : | |
| ET AL. | : | |
| *Defendants* | : | July 15, 2005 |

Please take notice that the Defendants have manually filed the following document or thing

Exhibits in Support of Defendants' Motion in Limine

These exhibits have not been filed electronically because

[ x ]   the document or thing cannot be converted to an electronic format
[ x ]   the electronic file size of some the document exceeds 1.5 megabytes
[  ]    the document or thing is filed under seal pursuant to Local Rule of Civil
        Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[  ]    Plaintiff/Defendant is excused from filing this document or thing by Court order.

The document or thing has been manually served on all parties.

Respectfully submitted,

/s/ Beth Z. Margulies_____
Beth Z. Margulies
Assistant Attorney General
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120
Phone: (860) 808-5340
Fax: (860) 808-5383
E-mail: Beth.Margulies@po.state.ct.us
Federal Bar # ct08469

2

**<u>CERTIFICATION</u>**

    I hereby certify that pursuant to §5(b) of the Federal Rules of Civil Procedure, a copy of the foregoing Notice of Manual Filing was sent via first class mail, postage prepaid, this 15th day of July, 2005 to:

  Lowell L. Peterson, Esq.
  Community Law Practice, LLC
  2065-A Main Street
  Hartford, CT  06120
  Tel.: 728-3788
  Fax: 728-3755

                _____
                Beth Z. Margulies
                Assistant Attorney General