## UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **BRENDA J. LEWIS,** | : | **CIVIL ACTION CASE NO.** |
| *Plaintiff*, | : | |
| v. | : | 302 CV 2304 (MRK) |
| **STATE OF CONNECTICUT,** | : | |
|     **DEPARTMENT OF CORRECTION** | : | |
| *And* | : | |
| **ERIK SOUSA,** | : | |
|     **Individually and in his Official Capacity** | : | |
| *Defendants* | : | **JULY 15, 2005** |

### PLAINTIFF'S MOTION FOR LEAVE OF THE COURT TO FILE FIFTH AMENDED COMPLAINT

Pursuant to Fed.R.Civ.P. 15(a) and 21, the Plaintiff in the captioned action hereby requests leave of the Court to file her Fifth Amended Complaint, submitted herewith, for the purposes of conforming the pleadings to Plaintiff's withdrawal of this action with respect to all Defendants except the State agency and personal defendant named above, withdrawal of all causes of action and claims except as set forth in Counts One and Two therein, withdrawal of her prayer for injunctive relief and such other amendments as consist with the development of this case through the processes of discovery and motion practice.

**DEFENDANTS DO / DO NOT CONSENT TO THIS REQUEST.**

Respectfully Submitted,

FOR THE PLAINTIFF
BRENDA J. LEWIS


By: _____
Lowell L. Peterson
Community Law Practice, LLC
Federal Bar ID # ct-22165
2065-A Main Street
Hartford, CT 06120
(860) 728-3788
Fax (860) 728-3755
E-mail:  lpeterson@clpllc.com


**CERTIFICATION**

I certify that a copy of the foregoing Plaintiff's Request For Leave Of The Court To File Fifth Amended Complaint, together with such proposed Fifth Amended Complaint, was delivered by electronic mail transmission to the following counsel of record on July 13, 2005.

Beth Z. Margulies, Esq.
Assistant Attorney General
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120
E-mail: Beth.Margulies@po.state.ct.us


_____
Lowell L. Peterson, Esq.
Community Law Practice, LLC
Federal Bar ID # ct-22165
2065-A Main Street
Hartford, CT  06120
Tel.: 728-3788
Fax: 728-3755
E-mail:  lpeterson@clpllc.com