# STATE OF CONNECTICUT
## COMMISSION ON HUMAN RIGHTS AND OPPORTUNITIES
### CAPITOL REGION OFFICE
1229 ALBANY AVENUE   HARTFORD, CT 06112
TEL. (860) 566-7710   FAX (860) 566-1997

## AFFIDAVIT OF ILLEGAL DISCRIMINATORY PRACTICE

DATE: November 30, 2001

CASE NO. 0210229.
EEOC NO.

My name is **Brenda J. Lewis** and I reside at 140 Cottage Grove Road, Bloomfield, CT 06002.

The Respondent is State of Connecticut-Department of Corrections whose business address is 24 Wolcott Hill Road, Wethersfield, CT 06109.

I was **denied prompt medical relief on or about March 9, 2001** and I believe that my **race and color (Black)** was in part a factor in this action.

I believe that the Respondent violated the following Connecticut General Statutes: 46a-60(a)(1), and Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. 20003 and the Civil Rights Act of 1991, through 46a-58(a).

**I provide the following particulars:**

1. Respondent employs more than twenty persons.

2. I began working for the Respondent approximately 12 years ago. My current title is Correction Officer.

3. I believe that my performance met Respondent's expectations.

4. I am working 37.5 hours per week at a salary of $21.67 per hour.

5. On or about March 9, 2001 at approximately 11:55 p.m., officer Morelli (D2 -2) and myself, officer Lewis (D2-1) entered dorm 2 to assume post. Upon entering the dorm, it was loud (personal TV's and radios were on.) I asked correction officer Roby why the dorm was so loud and TV's and radios still on. He responded "you are an officer like I am, if you want the TV's off you can turn them off." Both second shift officers exited the area.

6. Agitated by the way the dorm was left, I entered the bubble and logged in.

7. I informed my partner this is not how to turn a unit over. As I stood up to take the count, I was light headed, dizzy, and broke out into a cold sweat.

8. Due to the fact that my sudden condition left me feeling unsteady on my feet, I asked officer Morelli to take the count for me.

9. At 12:04 a.m. I contacted Lt. Sousa and I told him that the top part of my body was aching and I had trouble breathing. I requested to be relieved to go to medical. Lt. Sousa said he would send a relief.

10. Approximately 20 to 25 minutes later, when the discomfort in my upper body became increasingly worse, caused me to become alarmed, I again contacted the Lieutenant's office.

11. Lt. Dorozko answered. I asked Lt. Dorozco where my medical relief was because I had notified Lt. Sousa a long time ago. Lt. Dorozco stated that no one had informed her of anything. I said to Lt. Dorozko, "Lt. Sousa did not tell you?" She stated "No, Lt. Sousa has gone home for the morning. Lt. Dorozko stated that she would send someone right away.

12. After another half hour, a relief was sent at 1:00 a.m. (the time that our regular chow relief begins.)

13. Having to wait an hour for a relief caused me unnecessary stress adding to my already stressful situation.

14. Once relieved, I attempted to make my way to the medical department, but because my symptoms of dizziness and tightening in my chest, I was only able to make it as far as the front lobby at which time someone contacted medical and they responded to the lobby.

15. I was evaluated and subsequently an ambulance was contacted. I was transported to the Hospital.

16. Fortunately, I am on the road to recovery. But, an hour delay, when spares were available could have had a deadly impact.

17. I therefore charge Respondent with discriminating against me because of my race and color (Black).

18. I hereby attest that I have read this complaint affidavit, that such was based upon my own statements and is accurate in every detail.