# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **BRENDA J. LEWIS,** | : | **CIVIL ACTION CASE NO.** |
| *Plaintiff*, | : | |
| v. | : | 302 CV 2304 (MRK) |
| **STATE OF CONNECTICUT,** | : | |
| **DEPARTMENT OF CORRECTION** | : | |
| *et al.,* | : | |
| *Defendants* | : | **AUGUST 8, 2005** |

### PLAINTIFF'S OBJECTION TO DEFENDANTS' MOTION IN LIMINE

Plaintiff respectfully requests the Court to deny Defendants' Motion In Limine with respect to the captioned matter, to the extent such motion is effectively rebutted by evidence, testimony and legal authority offered in the Plaintiff's attached memorandum of law in support hereof.

Respectfully Submitted,

PLAINTIFF,
BRENDA LEWIS

By: _____
Lowell L. Peterson
Community Law Practice, LLC
Federal Bar ID # ct-22165
2065-A Main Street
Hartford, CT  06120
Tel.: 728-3788
Fax: 728-3755
E-mail:  lpeterson@clpllc.com

1

## **CERTIFICATION**

I certify that a copy of the foregoing Plaintiff's Objection To Defendants' Motion In Limine, together with supporting memorandum of law, was delivered by hand to the following counsel of record on August 8, 2005.

>Beth Z. Margulies
>Assistant Attorney General
>55 Elm Street, P.O. Box 120
>Hartford, CT 06141-1020
>E-mail: Beth.Margulies@po.state.ct.us

>_____
>Lowell L. Peterson
>Community Law Practice, LLC
>Federal Bar ID # ct-22165
>2065-A Main Street
>Hartford, CT  06120
>Tel.: 728-3788
>Fax: 728-3755
>E-mail:  lpeterson@clpllc.com