# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **BRENDA J. LEWIS,** | : | **CIVIL ACTION CASE NO.** |
| *Plaintiff*, | : | |
| v. | : | **3:02 CV 2304 (MRK)** |
| **STATE OF CONNECTICUT,** | : | |
| **DEPARTMENT OF CORRECTION** | : | |
| *et al.,* | : | |
| *Defendants* | : | **AUGUST 12, 2005** |

### PLAINTIFF'S MOTION TO AMEND JOINT TRIAL MEMORANDUM

Plaintiff in the captioned matter respectfully requests leave of the Court to add the name of Donald T. Kruk, former Director of the Affirmative Action Unit of the Defendant DOC, to the list of witnesses she expects to call to testify at trial and sets forth his last known address, a brief summary of his anticipated testimony and the expected duration of testimony as follows.

> Donald T. Kruk
> CORE-CT
> 101 East River Drive
> East Hartford, CT 06108

Mr. Kruk served as the Director of Affirmative Action at all times relevant to Plaintiff's Complaint and is familiar with the reporting responsibilities of unit administrators and other supervisory personnel with respect to claims of discrimination or violation of affirmative action policy. Testimony is expected to last for one-half day.

Plaintiff further represents that adding the testimony of Mr. Kruk, although untimely due to the inadvertent omission of his name from the original Joint Trial Memorandum filed on July 15, 2005, is not prejudicial to the Defendants inasmuch as Mr. Kruk was deposed on April 13,

2004, and inasmuch as Defendants have themselves named him as a potential witness for their own purposes.

    Respectfully Submitted,

                  PLAINTIFF,
                  BRENDA LEWIS

        By: _____
                  Lowell L. Peterson
                  Community Law Practice, LLC
                  Federal Bar ID # ct-22165
                  2065-A Main Street
                  Hartford, CT  06120
                  Tel.: 728-3788
                  Fax: 728-3755
                  E-mail:  lpeterson@clpllc.com

## **CERTIFICATION**

I hereby certify that a copy of the foregoing Plaintiff's Motion To Amend Joint Trial Memorandum was delivered to the following counsel for all Defendants in open court on August 12, 2005:

>Joseph A. Jordano
>Assistant Attorney General
>Federal Bar # ct-21487
>Beth Z. Margulies
>Assistant Attorney General
>Federal Bar # ct08469
>55 Elm Street, P.O. Box 120
>Hartford, CT 06141-1020
>Tel.: (860) 808-5340
>Fax:  (860) 808-5383

>_____
>Lowell L. Peterson
>Community Law Practice, LLC
>Federal Bar ID # ct-22165
>2065-A Main Street
>Hartford, CT  06120
>Tel.: 728-3788
>Fax: 728-3755
>E-mail:  lpeterson@clpllc.com