UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BRENDA LEWIS, | : | |
| | : | |
| Plaintiff, | : | NO. 3:02cv2304 (MRK) |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT DEPARTMENT OF CORRECTIONS, ET AL., | : | |
| | : | |
| Defendants. | : | |

### ORDER

Having conferred telephonically with the parties on August 12, 2005, the Court hereby issues the following hearing/briefing schedule:

1. A hearing on motions in limine will take place on **August 31, 2005 at 1:30 p.m.** in Courtroom # 4.

2. Plaintiff will file a supplemental brief on the motions in limine in accordance with the instructions of the Court during the telephonic conference on August 12, 2005 no later than **August 19, 2005**.

3. Defendants will file a supplemental brief in accordance with the Court's instructions no later than **August 26, 2005**.

4. The parties should submit written comments on each other's proposed jury instructions and a joint proposed statement for the venire regarding the nature of this dispute no later than **August 26, 2005**.

IT IS SO ORDERED.

/s/   Mark R. Kravitz
United States District Judge

Dated at New Haven, Connecticut: August 12, 2005.