UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BRENDA LEWIS, | : | CASE NO. 3:02CV2304(MRK) |
|   *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT, | : | |
| DEPARTMENT OF CORRECTION, ET AL. | : | |
|   *Defendants* | : | August 23, 2005 |

## DEFENDANTS' MOTION TO AMEND WITNESS LIST

COMES NOW the defendants and respectfully moves to amend their witness list previously submitted to the Court as part of the Joint Trial Memorandum as follows:

32. **Eric Wolliston**, correctional officer, Department of Correction. Mr. Wolliston is expected to testify with regard to his interaction with defendant Lt. Sousa and is expected to testify that Lt. Sousa treated both black and white correctional officers fairly and equally.

33. **Noel Brown**, Lieutenant, Department of Correction. Mr. Brown is expected to testify with regard to his interaction with defendant Lt. Sousa and is expected to testify that Lt. Sousa treated both black and white correctional officers fairly and equally.

34. **Gerald Wood**, Lieutenant, Department of Correction. Mr. Wood is expected to testify with regard to his interaction with defendant Lt. Sousa and is expected to testify that Lt. Sousa treated both black and white correctional officers fairly and equally.

                                                                       DEFENDANTS,
DEPARTMENT OF CORRECTION,
ET AL.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

By: _____
     Joseph A. Jordano
     Assistant Attorney General
     Federal Bar # ct21487
     55 Elm Street, P.O. Box 120
     Hartford, CT 06141-1020
     Tel.: (860) 808-5340
     Fax: (860) 808-5383
     E-mail: Joseph.Jordano@po.state.ct.us

## **CERTIFICATION**

I hereby certify that pursuant to §5(b) of the Federal Rules of Civil Procedure, a copy of the foregoing Motion to Amend Witness List was sent via first class mail, postage prepaid, this 23rd day of August, 2005 to:

Lowell L. Peterson, Esq.
Community Law Practice, LLC
2065-A Main Street
Hartford, CT 06120
Tel.: 728-3788
Fax: 728-3755

                                                  _____
                                                  Joseph A. Jordano
                                                Assistant Attorney General