UNITED STATES DISTRICT COURT
DISTRICT of CONNECTICUT

COPY

- - - - - - - - - - - - - - - - - )
                                   )
BRENDA LEWIS,                      )
         PLAINTIFF,                )
                                   )
VS.                                ) CASE NO.
                                   ) 3:02CV2304(MRK)
STATE OF CONNECTICUT,              )
DEPARTMENT OF CORRECTION,          )
ET AL,                             )
         DEFENDANTS.               )
                                   )
- - - - - - - - - - - - - - - - - )

DEPOSITION OF BRENDA LEWIS
ON: January 21, 2004
HELD AT: OFFICE of the ATTORNEY GENERAL
         55 Elm Street
         Hartford, Connecticut

Reporter:  KATHLEEN S. NORTON, RPR, LSR #105
     BRANDON SMITH REPORTING SERVICE, LLC
           44 Capitol Avenue
           Hartford, CT  06106
           Tel:  (860) 549-1850
           Fax:  (860) 549-1537

DEFENDANT(S) EXHIBIT __B__

```
 1        be there to know what happened, right?
 2   A    You would have to write an incident report,
 3        yes.
 4   Q    Now, prior to 3-9-01 -- 3-0-01, that's the date
 5        that you had your heart attack; is that
 6        correct?
 7   A    Correct.
 8   Q    Had you ever had any type of heart-related
 9        incident?
10   A    No.
11   Q    Would it be a fair statement on 3-9-01, you
12        didn't realize you were having a heart attack?
13   A    That's possible, yes.
14   Q    You had had -- had you had a history of
15        hypertension prior to 3-9-01?
16   A    Yes.
17   Q    You had been taking the Norvasc for awhile?
18   A    Yes.
19   Q    You're a smoker, I understand, or you were at
20        that time?
21   A    No.  Once in a while.  Once in awhile.  Not all
22        the time.
23   Q    Well, were you a regular smoker?
24   A    No.
25   Q    At that time?
```

Page 39

```
 1          probably was a little faster than he was, but
 2          this was 120 people.  Doesn't take that long;
 3          maybe about a minute.
 4    Q     Are there -- is there any -- when you talked to
 5          Officer Sousa, did you tell him that you needed
 6          medical personnel to come to help me?
 7    A     I told him I had trouble breathing, the top
 8          part of my body ached, and I needed to go to
 9          medical.  And he said that he would send me a
10          relief.
11    Q     Okay.  When Officer Morelli came back, all
12          right, you were still at the post, correct?
13    A     (Witness nods.)  Correct.
14    Q     Did you ever ask Officer Morelli to call, or to
15          call in a code for you?
16    A     No, because I had already made the call to
17          medical.  I mean, to the lieutenant's office.
18    Q     Did you tell Officer Morelli that you felt you
19          were having a heart attack?
20    A     I don't know.  I don't remember.
21    Q     When you called Officer Sousa --
22    A     I told him I wasn't feeling good.
23    Q     When you called Officer Sousa, you didn't say
24          you were having a heart attack?
25    A     I said the top half of my body was aching and I
```

Page 40

| | | |
|---|---|---|
| 1 | | had trouble breathing. |
| 2 | Q | When Officer Morelli comes back, you make a |
| 3 | | second call; is that correct? |
| 4 | A | Correct, because almost a half hour had passed. |
| 5 | Q | Who did you talk to at the time? |
| 6 | A | Lieutenant Dorosko. |
| 7 | Q | Tell me exactly what you told |
| 8 | | Lieutenant Dorosko? |
| 9 | A | I told Lieutenant Dorosko, "What happened to my |
| 10 | | medical relief?" I said, "I'm having a hard |
| 11 | | time breathing." She said, "Well, nobody told |
| 12 | | me." I said, "Lieutenant Sousa never told you |
| 13 | | anything?" She said, "No, he went home." Then |
| 14 | | she said she would send me a relief as soon as |
| 15 | | she could. And a relief came at one o'clock. |
| 16 | | Well, that's almost a whole hour. |
| 17 | Q | Let me ask you, you called at what time, the |
| 18 | | second call? |
| 19 | A | It was about 12:25, or something. |
| 20 | Q | So you called officer -- who was it that |
| 21 | | answered the phone the second time? |
| 22 | A | Lieutenant Dorosko. |
| 23 | Q | Dorosko. And she said she would send relief as |
| 24 | | soon as she could? |
| 25 | A | Right. And I'm suffering waiting all this |

Page 46

```
 1            Ms. Lewis, did you always work the
 2      third shift at HCC?
 3   A  Correct.  But sometime overtime would be a
 4      different shift.
 5   Q  Typically, your standard shift was twelve to
 6      eight?
 7   A  Right.
 8   Q  Would it be a fair statement, what shift was
 9      Officer Sousa normally assigned to?
10   A  I think one time he was on the first, then it
11      was second.  Sometimes overtime.  You can get a
12      better answer if you ask him about his own
13      time.
14   Q  In your experience, would it be a fair
15      statement Lieutenant Sousa was not your normal
16      supervisor on the daily shift?
17   A  No, no.  He wasn't assigned to the third shift.
18   Q  In your experience --
19   A  On a permanent basis.
20   Q  Would it be a fair statement that typically,
21      unless for the unusual circumstance,
22      Lieutenant Sousa was not your typical
23      supervisor on your scheduled shift?
24   A  He wasn't typical.
25   Q  He wasn't your scheduled supervisor?
```

Case 3:02-cv-02304-MRK   Document 111-2   Filed 08/26/2005   Page 6 of 6
Lewis vs State of CT, Dept. of Correction
1/21/2004                                                    Brenda Lewis

Page 47

```
1    A    Not on the third shift.

2    Q    Who was the regular supervisor that you

3         normally dealt with on the third shift?

4    A    Let's see. Gosh. Who was on the third shift

5         back then? I don't know. I don't remember who

6         it was.

7    Q    You don't know.

8    A    I don't remember who it was at night.

9    Q    Prior to 3-9 of '01, had you ever had any

10        altercation or incidents between yourself and

11        Officer Sousa? Lieutenant Sousa.

12   A    Not that I can recall. I could be mistaken. I

13        don't know. I don't remember right now.

14   Q    Would it be a fair statement when you believe

15        someone did something improper, you weren't a

16        person that hesitated to report that. Is that

17        a fair statement?

18   A    Sometimes if you could talk things out with a

19        person, you don't have to report anything.

20   Q    You felt someone was disrespectful, or had done

21        something you didn't like, you didn't hesitate

22        to write it up, did you?

23   A    Sometimes if you talked to the person and you

24        iron it out, you don't have to do anything.

25   Q    As you sit here today, can you recall any
```