Lewis v. State of Ct./DOC

3/31/2004                                                      Frank Morelli

Page 1

```
 1                    UNITED STATES DISTRICT COURT
                          DISTRICT OF CONNECTICUT
 2


 3       - - - - - - - - - - - - - - - -

 4   BRENDA LEWIS
     vs.                              No. 3:02-CV-2304 (MRK)
 5   STATE OF CONNECTICUT,
     DEPARTMENT OF CORRECTION, ET AL
 6       - - - - - - - - - - - - - - - -

 7

 8                                          COPY

 9

10              DEPOSITION OF:  FRANK MORELLI
                DATE:  March 31, 2004
11              HELD AT:  OFFICE of THE ATTORNEY GENERAL
                One Long Wharf, New Haven, Connecticut
12

13

14

15

16

17

18

19

20

21

22              Jayne Ciccotelli, LSR
          Brandon Smith Reporting Service, LLC
23                44 Capitol Avenue
                 Hartford, CT  06106
24                (860) 549-1850

25       DEFENDANT(S) EXHIBIT_____
```

Brandon Smith Reporting

7cc24c11-079e-41b7-965e-09526d096e2a

Lewis v. State of Ct./DOC

3/31/2004                                                    Frank Morelli

                                                              Page 13

1    did my unit tour, as post orders say to do.  Came back,

2    she had hold me she called lieutenant's office and I

3    came back into the bubble and I asked how she was

4    feeling and she said she still wasn't feeling good.

5            So there was no sign, she was just telling

6    me.  She was sweaty, she wasn't -- like to myself, I

7    wouldn't say that, you know, I would need to, you know,

8    take medical action, she just wasn't feeling good.

9            So we're waiting for her relief to come and

10   nobody came at that time.  So we're thinking, you know,

11   half hour.  So she decided to call again to ask where

12   her relief was.  And about an hour after assuming post,

13   Officer Hebert came in and from there, Ms. Lewis went

14   to medical.

15       Q.   Let me just step back a little bit so I can

16   ask a few more details.

17       A.   Yes.

18       Q.   Did the two of you walk over together from

19   roll call to dorm two?

20       A.   Yes, we did.

21       Q.   Did you have a conversation with her or was

22   it quiet?

23       A.   Minor conversation, more like didn't know

24   each other so just small chat before going into the

25   dorm.

7cc24c11-079e-41b7-965e-09526d096e2a

Lewis v. State of Ct./DOC

3/31/2004                                                          Frank Morelli

Page 40

1       Q.   And when did you leave Hartford?

2       A.   I left November of 2002.  I think it might

3    have been November 14 I left, I can't remember.

4       Q.   But the month was November and the year was

5    2002?

6       A.   Yes.

7       Q.   Have you talked to anyone else about what

8    happened on the night of March 9, 2001 at any time?

9       A.   I let my supervisors where I work now at

10   Garner CI, I gave them, I didn't mention names, I just

11   let them know I had to give a deposition today and that

12   I might be a little late for work and they were going

13   to cover for me.

14      Q.   But you didn't talk to anyone else with

15   regard to any investigation or just gossip with your

16   other colleagues, your other correction officers?

17      A.   No.

18      Q.   No?

19      A.   No, ma'am.

20      Q.   Well, did you know she had a heart attack?

21      A.   I found out afterwards, I don't know how long

22   afterwards, that it was a heart attack, because I was a

23   little shocked myself because being on post with her

24   and knowing that it was a heart attack, you know, I

25   couldn't, you know, I feel that, you know, maybe I

7cc24c11-079e-41b7-965e-09526d096e2a

Lewis v. State of Ct./DOC

3/31/2004                                                             Frank Morelli

Page 41

1    could have done more for her, but I didn't know that

2    what's happened to her, I just know she felt a little

3    warm and she wasn't feeling good.

4         Q.   How did you find out that, that she --

5         A.   It might have been --

6         Q.   -- about her medical condition?

7         A.   I don't recall if it was mentioned in roll

8    call that, you know, just like notice she was going to

9    be out because of a medical situation or if she had

10   told me down the road, I don't recall.

11        Q.   Okay.  So you don't know how soon you knew

12   that she --

13        A.   No, I couldn't tell you how soon, but I was

14   aware that it was a heart attack.

15        Q.   How long would it normally take someone to go

16   from A&D to dorm two, let's say without stops first?

17        A.   From A&D to dorm two without stops?  You're

18   there within five minutes, it's not that long of a

19   walk.

20        Q.   And if someone had to first go from A&D and

21   escort inmates to medical and then to housing and then

22   to dorm two, how long would that take, do you think?

23        A.   Depends on the situation, if you're taking an

24   inmate from A&D area, it's usually because they're

25   being processed into medical and depends on what their

7cc24c11-079e-41b7-965e-09526d096e2a