UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **BRENDA J. LEWIS,** | : | **CIVIL ACTION CASE NO.** |
| *Plaintiff*, | : | |
| v. | : | **302 CV 2304 (MRK)** |
| **STATE OF CONNECTICUT,** | : | |
| **DEPARTMENT OF CORRECTION** | : | |
| *et al.*, | : | |
| *Defendants* | : | **SEPTEMBER 6, 2005** |

**PLAINTIFF'S AMENDED VERDICT FORM**

The following proposed amendments to Plaintiff's previously submitted proposed jury instructions are offered solely with respect to changes required by her Trial Brief submitted herewith regarding the question:

<u>Whether Defendant Sousa's relationship to Plaintiff was that of her "supervisor" for purposes of imputing vicarious liability to her employer, Defendant DOC, under principles applicable to Title VII is a question for the jury or the Court.</u>

**I.     As to Plaintiff's claim against the defendant Department of Correction, under Title VII, that she was subjected to a hostile work environment based on race.**

Do you the jury find:

(1)   That plaintiff has proved by a preponderance of the evidence that she was subjected to unwelcome verbal or physical conduct that she subjectively perceived as harassment creating a hostile work environment?

If "Yes" _____, proceed to Question 2.

If "No" _____, proceed no further and report your finding on this claim in favor of defendant DOC.

(2)   That plaintiff has proved by a preponderance of the evidence that such conduct was sufficiently severe or pervasive to unreasonably interfere with a reasonable person's work performance, to alter the conditions of her employment or to create an abusive working environment?

If "Yes" _____, proceed to Question 3.

If "No" _____, proceed no further and report your finding on this claim in favor of defendant DOC.

(3)   That plaintiff has proved by a preponderance of the evidence that plaintiff's race was the reason for this conduct?

If "Yes" _____, proceed to Question 4.

If "No" _____, proceed no further and report your finding on this claim in favor of defendant DOC.

(4)   That Defendant Erik Sousa was plaintiff's supervisor during times relevant to her complaint of a racially hostile working environment:

If "Yes" _____, proceed to Question 5.

If "No" _____, proceed to Question 7.

(5)  That Defendant DOC has proved by a preponderance of the evidence that Defendant DOC had exercised reasonable care to prevent and correct promptly any discriminatory conduct?

If "Yes"  _____, proceed to Question 6.

If "No"   _____, proceed TO QUESTION 8.

(6)  That Defendant DOC has proved by a preponderance of the evidence that plaintiff unreasonably failed to take advantage of any preventive or corrective opportunities provided by the employer or otherwise to avoid discriminatory harm by following defendant's available and uniformly enforced prescribed procedures?

If "Yes"  _____, proceed no further and return a verdict in favor of Defendant DOC.

If "No"   _____, proceed TO QUESTION 8.

(7)  That plaintiff has proved by a preponderance of the evidence that Defendant DOC either knew or reasonably should have known of the harassing conduct of Defendant Sousa *and* that Defendant DOC failed to take prompt remedial or corrective action to prevent its recurrence.

If "Yes"  _____, proceed TO QUESTION 8.

If "No"   _____, proceed no further and return a verdict in favor of Defendant DOC.

(8) Having answered all the foregoing questions in favor of the plaintiff Brenda Lewis, the jury further finds that plaintiff is entitled to an award of compensatory damages in the amount of:

$ _____

[PLAINTIFF'S INSTRUCTIONS REGARDING HER §§ 1981/1983 CLAIMS AGAINST DEFENDANT SOUSA INDIVIDUALLY ARE OMITTED FROM THIS AMENDMENT.]

Respectfully Submitted,

        PLAINTIFF,
        BRENDA LEWIS

By: _____
     Lowell L. Peterson
     Community Law Practice, LLC
     Federal Bar # ct-22165
     2065-A Main Street
     Hartford, CT 06120
     Tel: (860) 728-3788
     Fax: (860) 728-3755
     Email: lpeterson@clpllc.com

## **CERTIFICATION**

I certify that a copy of the foregoing Plaintiff's Amended Verdict Form was delivered by hand in open court to counsel of record for all Defendants on September 6, 2005.

_____
Lowell L. Peterson, Esq.
Community Law Practice, LLC
Federal Bar ID # ct-22165
2065-A Main Street
Hartford, CT  06120
Tel.: 728-3788
Fax: 728-3755
E-mail:  lpeterson@clpllc.com