UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **BRENDA J. LEWIS,** | : | **CIVIL ACTION CASE NO.** |
| *Plaintiff*, | : | |
| v. | : | **302 CV 2304 (MRK)** |
| **STATE OF CONNECTICUT,** | : | |
| **DEPARTMENT OF CORRECTION** | : | |
| *et al.,* | : | |
| *Defendants* | : | **SEPTEMBER 6, 2005** |

FINAL INDEX
AND
LIMITATIONS WITH RESPECT TO
PLAINTIFF'S EXHIBITS TO BE USED AT TRIAL

| EXHIBIT # | DESCRIPTION |
|---|---|
| 1 | Incident Report # 01-382 Re 3/9/01 Incident |
| | **[REPLACED BY DEFENDANTS' EXHIBIT # 501]** |
| 2 | Undated, unnumbered Incident Report of Brenda J. Lewis |
| 3 | Unnumbered Incident Report of Erik Sousa, dated 8-29-02 |
| 4 | Undated, unnumbered Incident Report of Richard Hebert |
| 5 | Statement of Officer J. Morelli, 5-26-01 |
| 6 | 4-5-01 Memo, Brenda Lewis to Warden Murphy |
| 7 | Grievance of Brenda Lewis and Step III Answer |
| 8 | Letter, Nora Ryan to Dr. Cohen, May 10, 2001, w/atchs |
| 9 | Response of Dr. Cohen to Nora Ryan letter |
| 10 | Nora Ryan Letter to Lewis, Recuperative Post, May 11, 2001 |
| 11 | Unnumbered Incident Report from Brenda Lewis, dated 6-20-01 |
| 12 | Daily Post Record for June 20, 2001 |
| 13 | **[OMITTED]** |
| 14 | Central Intelligence Unit Investigation HCC Incident Report # 02-803 re 4-22-02 Alleged Assault |
| 15 | Grievance of Brenda Lewis, dated 4/29/02, re 4/22/02 Incident |
| 16 | Grievance of Brenda Lewis, dated 7/26/02, re 7/24/02 Incident |
| 17 | Unnumbered Incident Report of Brenda J. Lewis, dated 8-13-02 |

| | |
|---|---|
| 18 | **[OMITTED]** |
| 19 | Incident involving Harris Porter and Erik Sousa |
| | **[ADMITTED FOR LIMITED PURPOSE OF SHOWING THAT COMPLAINT WAS SUBMITTED; NOT FOR TRUTH OF CONTENT]** |
| 20 | Grievance of Errol Goodison re Erik Sousa |
| | **[ADMITTED FOR LIMITED PURPOSE OF SHOWING THAT COMPLAINT WAS SUBMITTED; NOT FOR TRUTH OF CONTENT]** |
| 21 | **[OMITTED]** |
| 22 | Grievance of Ossie Channer re Erik Sousa |
| | **[ADMITTED FOR LIMITED PURPOSE OF SHOWING THAT COMPLAINT WAS SUBMITTED; NOT FOR TRUTH OF CONTENT]** |
| 23 | **[OMITTED]** |
| 24 | **[OMITTED]** |
| 25 | **[OMITTED]** |
| 26 | **[OMITTED]** |
| 27 | **[OMITTED]** |
| 28 | Administrative Directive 6.2, Facility Post Orders and Logs, July 1, 1996 |
| 29 | General Post Orders Hartford C. C., Procedure 6.2.1, February 16, 2001 |
| 30 | **[OMITTED]** |
| 31 | **[OMITTED]** |
| 32 | "Initial Inquiry" Involving Lt. Chouinard and Officer Mingo, 06/22/00 |
| | **[ADMITTED FOR LIMITED PURPOSE OF CROSS-EXAMINING DEFENDANT SOUSA IF HE ADMITS KNOWLEDGE OF UNDERLYING INCIDENT]** |
| 33 | Incident Report Package # 01-0138, Involving Use of Emergency Alarm |
| | **[ADMITTED SUBJECT TO REDACTION AND PROTECTIVE ORDER REGARDING FACILITY CODES; LIMITED PURPOSE OF CROSS-EXAMINING FORMER WARDEN MURPHY REGARDING ALARM PROTOCOL]** |
| 34 | Excerpts of Collective Bargaining Agreement |
| 35 | Policy Reminder from Warden Murphy, October 22, 2001 |
| 36 | **[OMITTED]** |

| | |
|---|---|
| 37 | **[OMITTED]** |
| 38 | Administrative Directive, Employee Conduct No. 2.17, March 15, 2000 |
| 39 | Unit Directive, Employee Conduct No. 2.17, March 15, 2000 |
| 40 | Post Orders, Lieutenant No. 6.2.44, July 1, 2000 |
| 41 | Unit Directive, Reporting of Incidents No. 6.6, October 1, 1997 |
| 42 | Notice of Shift Change, Lieutenant Sousa, 09/15/2000 |
| 43 | **[OMITTED]** |
| 44 | **[OMITTED]** |
| 45 | Robert B. Cohen, M.D.<br>**[ADMITTED SOLELY FOR PURPOSES OF REFRESHING RECOLLECTION; IF NECESSARY]** |
| 46 | **[OMITTED]** |
| 47 | **[OMITTED]** |
| 48 | **[OMITTED]** |
| 49 | **[OMITTED]** |
| 50 | **[OMITTED]** |
| 51 | **[OMITTED]** |
| 52 | **[OMITTED]** |
| 53 | **[OMITTED]** |
| 54 | Stack of 12 Miscellaneous Unnumbered Incident Reports<br>**[ADMITTED FOR LIMITED PURPOSE OF CROSS EXAMINING WITNESSES MURPHY OR RYAN REGARDING WHETHER ONLY NUMBERED INCIDENT REPORTS ARE PROCESSED FOR INVESTIGATION]** |
| 55 | HCC Incident Report 01-662, C/O Elwood Evans<br>**[ADMITTED FOR LIMITED PURPOSE OF DEMONSTRATING DOC KNOWLEDGE OF UNACCEPTABLE CONDUCT ON PART OF DEFENDANT SOUSA]** |
| 56 | Investigative Report concluding that actions of Salvatore Pitruzzello toward African American CO's was "unbecoming" to a Union Steward<br>**[ADMITTED ONLY FOR PURPOSE OF IMPEACHING WITNESS PITRUZZELLO IF CALLED]** |

Case 3:02-cv-02304-MRK	Document 121	Filed 09/06/2005	Page 4 of 4