# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **BRENDA J. LEWIS,** | : | CIVIL ACTION CASE NO. |
| *Plaintiff*, | : | |
| v. | : | 302 CV 2304 (MRK) |
| **STATE OF CONNECTICUT,** | : | |
| **DEPARTMENT OF CORRECTION** | : | |
| *et al.,* | : | |
| *Defendants* | : | SEPTEMBER 6, 2005 |

### PLAINTIFF'S FINAL WITNESS LIST

**To the extent that Plaintiff calls all the following witnesses, she expects to call them in the indicated order. Plaintiff reserves the right to decide to omit any one or more witnesses to her list.**

Correction Officer Brenda J. Lewis [Plaintiff]
16 Willow Lane
Bloomfield, CT 06002

Correction Officer Richard Hebert
179 Laske Road
Beacon Falls, CT 06403

Correction Officer Frank Morelli, Jr.
1129 Wolcott Street, Apt. 1-8
Waterbury, CT 06705

Former Correction Officer Eunice Smith
309 Lyme Street
Hartford, CT 06143

Correction Officer Harris Porter
Hartford Correctional Center
177 Weston Street
Hartford, CT 06120

Correction Officer Bruce Denby
32 Westborn Parkway
Hartford, CT 06112

Correction Officer Errol Goodison
6 Warbler Circle
Bloomfield, CT 06002

Correction Officer Elwood Evans
Garner Correctional Institution
50 Nunnawauk Road
Newtown, CT 06470

Robert B. Cohen, M.D.
675 Tower Avenue, Suite 312
Hartford, CT 06112

Lieutenant Anna Dorozko [Reserved in the event she is not called by Defendants]
Hartford Correctional Center
177 Weston Street
Hartford, CT 06120

    Respectfully Submitted,

        PLAINTIFF,
        BRENDA LEWIS


By: _____
    Lowell L. Peterson, Esq.
    Community Law Practice, LLC
    Federal Bar ID # ct-22165
    2065-A Main Street
    Hartford, CT  06120
    Tel.: 728-3788
    Fax: 728-3755
    E-mail:  lpeterson@clpllc.com

## **CERTIFICATION**

I certify that a copy of the foregoing Plaintiff's Final Witness List was delivered by hand in open court to counsel of record for all Defendants on September 6, 2005.

_____
Lowell L. Peterson, Esq.
Community Law Practice, LLC
Federal Bar ID # ct-22165
2065-A Main Street
Hartford, CT  06120
Tel.: 728-3788
Fax: 728-3755
E-mail:  lpeterson@clpllc.com