# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BRENDA J. LEWIS, | : | CIVIL ACTION CASE NO. |
| *Plaintiff*, | : | |
| v. | : | 3:02CV 2304 (MRK) |
| STATE OF CONNECTICUT, | : | |
| DEPARTMENT OF CORRECTION | : | |
| ET AL., | : | |
| *Defendants* | : | SEPTEMBER 6, 2005 |

### DEFENDANTS' REQUEST FOR LIMITING INSTRUCTIONS

#### (1) DEFENDANTS' LIMITING INSTRUCTION

You will hear some medical testimony in this case on the limited issue of the plaintiff's damages. You may not consider this medical evidence, nor base any decision in this case, upon conclusions you may draw about the medical judgments made by defendant Erik Sousa. He is not a physician and it was not his role to make medical decisions as to the cause of the plaintiff's condition on March 9, 2001. This case only involves a claim for an alleged racially hostile work environment.

#### (2) DEFENDANTS' LIMITING INSTRUCTION

You will hear some testimony from plaintiff's witnesses, other than herself, about incidents allegedly involving defendant Sousa reported to DOC. Such testimony is not being offered to prove that the incidents complained about actually occurred; rather they are offered solely in an attempt to establish notice to the employer.

>        DEFENDANTS,
>        DEPARTMENT OF CORRECTION,
>            ET AL.
>
>        RICHARD BLUMENTHAL
>        ATTORNEY GENERAL

By:     _____
        Beth Z. Margulies
        Assistant Attorney General
        Federal Bar # ct08469
        55 Elm Street, P.O. Box 120
        Hartford, CT 06141-1020
        Tel.: (860) 808-5340
        Fax:  (860) 808-5383
        Beth.Margulies@po.state.ct.us

## **CERTIFICATION**

I hereby certify that the foregoing Defendants' Limiting Instructions Request was hand delivered, this 6th day of September 2005 to Attorney Lowell Peterson, Community Law Practice, LLC, 2065-A Main St., Hatford, Ct 06120; tel: 860-728-3788; fax: 860-728-3755.

                            _____
                            Beth Z. Margulies
                            Assistant Attorney General