## UNITED STATES DISTRICT COURT

### DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **BRENDA J. LEWIS,** | : | **CIVIL ACTION CASE NO.** |
| *Plaintiff*, | : | |
| v. | : | 302 CV 2304 (MRK) |
| **STATE OF CONNECTICUT,** | : | |
| **DEPARTMENT OF CORRECTION** | : | |
| *et al.,* | : | |
| *Defendants* | : | **SEPTEMBER 9, 2005** |

### PLAINTIFF'S FINAL WITNESS LIST [AMENDED]

**To the extent that Plaintiff calls the following witnesses, she expects to call them in the indicated order. Plaintiff reserves the right to decide to omit any one or more witnesses to her list.**

**Plaintiff has also indicated her expectation to conduct her direct, as well as cross, examination of the following defense witnesses at the time they are called by the Defendants:**

> **Lieutenant Eric Sousa**
> **Deputy Warden Peter Murphy**
> **Former Director of Affirmative Action Donald Kruk**
> **Union Representative Arturo Rodriquez**

Correction Officer Brenda J. Lewis [Plaintiff]
16 Willow Lane
Bloomfield, CT 06002

Correction Officer Richard Hebert
179 Laske Road
Beacon Falls, CT 06403

Correction Officer Frank Morelli, Jr.
1129 Wolcott Street, Apt. 1-8
Waterbury, CT 06705

Former Correction Officer Eunice Smith
309 Lyme Street
Hartford, CT 06143

Correction Officer Harris Porter [home address unavailable]
Hartford Correctional Center
177 Weston Street
Hartford, CT 06120

2

Correction Officer Bruce Denby
32 Westborn Parkway
Hartford, CT 06112

Correction Officer Ossie Channer
9 Butternut Drive
Bloomfield, CT 06002

Correction Officer Errol Goodison
6 Warbler Circle
Bloomfield, CT 06002

Correction Officer Elwood Evans [home address unavailable]
Garner Correctional Institution
50 Nunnawauk Road
Newtown, CT 06470

Robert B. Cohen, M.D.
675 Tower Avenue, Suite 312
Hartford, CT 06112

Lieutenant Anna Dorozko [Reserved in the event she is not called by Defendants]
Hartford Correctional Center [home address not available]
177 Weston Street
Hartford, CT 06120

CIU Director William Huckabey
430 West Woods Road
Hamden, CT 06518

PPO Mitch Drabik
Dept. of Economic and Comm. Development
505 Hudson Street
Hartford, CT 06106

Respectfully Submitted,

>PLAINTIFF,
>BRENDA LEWIS

By: _____
>Lowell L. Peterson
>Community Law Practice, LLC
>Federal Bar ID # ct-22165
>2065-A Main Street
>Hartford, CT  06120
>Tel.: 728-3788
>Fax: 728-3755
>E-mail:  lpeterson@clpllc.com

## CERTIFICATION

I certify that a copy of the foregoing Plaintiff's Final Witness List [Amended] was delivered by hand to the following counsel of record for all Defendants on September 9, 2005.

>Beth Z. Margulies
>Assistant Attorney General
>Joseph A. Jordano
>Assistant Attorney General
>55 Elm Street, P.O. Box 120
>Hartford, CT 06141-1020

_____
>Lowell L. Peterson
>Community Law Practice, LLC
>Federal Bar ID # ct-22165
>2065-A Main Street
>Hartford, CT  06120
>Tel.: 728-3788
>Fax: 728-3755
>E-mail:  lpeterson@clpllc.com