UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **BRENDA J. LEWIS,** | : | **CIVIL ACTION CASE NO.** |
| *Plaintiff*, | : | |
| v. | : | 302 CV 2304 (MRK) |
| **STATE OF CONNECTICUT,** | : | |
| **DEPARTMENT OF CORRECTION** | : | |
| *et al.*, | : | |
| *Defendants* | : | **SEPTEMBER 9, 2005** |

**PLAINTIFF'S COMMENTS ON VERDICT FORM**

Plaintiff respectfully submits the following comments on the DRAFT Jury Instructions provided by the Court for consideration by the parties, dated September 6, 2005:

The following proposed amendments are offered solely with respect to changes required by Plaintiff's Comments On Jury Instructions submitted herewith.

Page 2, Line 2:   Should read, "A. HOSTILE WORK ENVIRONMENT UNDER TITLE VII **(DOC ONLY)**"

**Reason:   Clarification only.**

Page 2, Line 19; and Page 3, Line 19:   Should read, "Lewis's **Section** 1981 claim …"

**Reason:   Clarification only to remove any remote possibility of confusion with the year.**

Page 3, Line 11:   Should read, "(6) The DOC knew, **or reasonably should have known,** about the abusive conduct …"

**Reason:   A more complete statement of the test, consistent with Page 24, Line 1 of the Jury Instructions.**

Page 7, Line 31:   Should read, "Lewis's **statutory** rights?"

**Reason:   Rather than constitutional, consistent with Page 33, Lines 6 and 8 of the Jury Instructions.**

    Respectfully Submitted,

        PLAINTIFF,
        BRENDA LEWIS


By:  _____
     Lowell L. Peterson
     Community Law Practice, LLC
     Federal Bar # ct-22165
     2065-A Main Street
     Hartford, CT 06120
     Tel:  (860) 728-3788
     Fax:  (860) 728-3755
     Email:  lpeterson@clpllc.com


## **CERTIFICATION**

I certify that a copy of the foregoing Plaintiff's Comments On Verdict Form was delivered by hand to the following counsel of record for all Defendants on September 9, 2005.

    Beth Z. Margulies
    Assistant Attorney General
    Joseph A. Jordano
    Assistant Attorney General
    55 Elm Street, P.O. Box 120
    Hartford, CT 06141-1020


_____
Lowell L. Peterson
Community Law Practice, LLC
Federal Bar ID # ct-22165
2065-A Main Street
Hartford, CT  06120
Tel.: 728-3788
Fax: 728-3755
E-mail:  lpeterson@clpllc.com