UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BRENDA LEWIS, | : | CASE NO. 3:02CV2304(MRK) |
| *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT, | : | |
| DEPARTMENT OF CORRECTION, ET AL. | : | |
| *Defendants* | : | September 9, 2005 |

## DEFENDANTS' FINAL LIST OF EXHIBITS

| EXHIBIT # | DESCRIPTION |
|---|---|
| 501 | Incident Report of March 9, 2001 submitted to Warden Peter Murphy |
| 502 | OMITTED |
| 503 | OMITTED |
| 504 | OMITTED |
| 505 | Undated Handwritten Incident report submitted by C/O Robinson re; March 9, 2001 incident |
| 506 | Supplemental Incident Report by Lt. Erik Sousa dated August 29, 2002 |
| 507 | Incident Report submitted by Anna Dorozko dated August 23, 2002 re: March 9, 2001 incident |
| 508 | OMITTED |
| 509 | Logs regarding March 9, 2001 |
| 510 | Grievance, Step I, II and III Answer re: March 9, 2001 incident |
| 511 | OMITTED |
| 512 | Letter dated May 10, 2001 from Nora Ryan to Dr. Cohen re: approval of recuperative post assignment |
| 513 | OMITTED |

| **EXHIBIT #** | **DESCRIPTION** |
|---|---|
| 514 | OMITTED |
| 515 | Grievance and responses re: plaintiff's claim of lost overtime opportunity on July 24, 2002 |
| 516 | Papers relating to overtime grievance of July 24, 2002 |
| 517 | Incident Report of August 2002 at South Block. Sousa says he was struck by door swung by Lewis |
| 518 | Investigation report dated June 12, 2002 of Captain Stuart Mendelson |
| 519 | Counseling memo to Brenda Lewis for April 2002 South Block incident |
| 520 | Counseling memo to Eric Sousa for April 2002 South Block incident |
| 521 | Collective bargaining agreement for period 7-1-94 to 6-30-01 |
| 522 | Collective bargaining agreement for period 7-1-01 to 6-30-04 |
| 523 | Job Description for Lieutenant and job description for lieutenant at DOC |
| 524 | Administrative Directive 6.2 |
| 525 | Administrative Directive 2.17 |
| 526 | Administrative Directive 2.1 |
| 527 | CHRO complaint filed by Lewis, dated November 30, 2001 |
| 528 | OMITTED |
| 529 | OMITTED |
| 530 | OMITTED |
| 531 | OMITTED |
| 532 | OMITTED |
| 533 | OMITTED |
| 534 | OMITTED |

| **EXHIBIT #** | **DESCRIPTION** |
|---|---|
| 535 | OMITTED |
| 536 | OMITTED |
| 537 | OMITTED |
| 538 | OMITTED |
| 539 | Lewis transfer request and approval to transfer to UConn |
| 540 | Violence in the Workplace Policy, issued August 1999 by Rowland |
| 541 | Roster's 12-8 shift for June 20, 2001 |
| 542 | Lt. Sousa's statement re: 4-22-02 injury |
| 543 | OMITTED |
| 544 | OMITTED |
| 545 | Post orders Hartford CC # 6.2.1 – General Post Orders effective 2-16-01, pp. 1-10 |
| 546 | OMITTED |
| 547 | Papers relating to Porter complaint, dated May 13, 2001 |
| 548 | OMITTED |
| 549 | OMITTED |
| 550 | Incident Summary Report of Code used for Eunice Smith |
| 551 | Incident Report – P. 1 re: code used for Counselor Citron |
| 552 | Incident report dated June 3, 2000 involving CO Rodriguez |
| 553 | Incident Report – Page 1 re: Andrews incident dated July 30, 2001 |
| Joint A | Stipulated Facts from Joint Trial Memorandum |

DEFENDANTS

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY:_____
Joseph A. Jordano
Assistant Attorney General
55 Elm Street, P.O. Box 120
Hartford, CT 06121-0120
Tel: 860-808-5340
Fax: 860-808-5383
Email: Joseph.Jordano@po.state.ct.us
Federal Bar # ct21487

## **CERTIFICATION**

I hereby certify that pursuant to §5(b) of the Federal Rules of Civil Procedure, a copy of the foregoing Defendants' Final Exhibit List was sent via first class mail, postage prepaid, this 9th day of September, 2005 to:

Lowell L. Peterson, Esq.
Community Law Practice, LLC
2065-A Main Street
Hartford, CT  06120
Tel.: 728-3788
Fax: 728-3755

_____
Joseph A. Jordano
Assistant Attorney General

4