UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **BRENDA LEWIS,** | : | CASE NO. 3:02CV2304(MRK) |
| *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| **STATE OF CONNECTICUT,** | : | |
| **DEPARTMENT OF CORRECTION, ET AL.** | : | |
| *Defendants* | : | September 9, 2005 |

## DEFENDANTS' FINAL WITNESS LIST

The Defendants reserve the right to decide to omit any one or more witness to their list.

1. Lt. Erik Sousa
   Webster Correctional Center
   111 Jarvis Road
   Cheshire, CT 06410

2. C/O David Grant
   Webster Correctional Center
   111 Jarvis Road
   Cheshire, CT 06410

3. Warden Peter Murphy
   Enfield Correction Institution
   289 Shaker Road
   Enfield, CT 06082

4. Ms. Nora Ryan
   DOC- Central Office
   24 Wolcott Hill Road
   Wethersfield, CT 06109

5. Lt. Greg Barnette
   Northern CI
   287 Bilton Road
   Somers, CT 06071

6. Mr. Donald Kruk
   CORE-CT
   101 East River Drive
   East Hartford, CT

7. Lt. Jeffrey Devore
   DOC – Central Office
   24 Wolcott Road
   Wethersfield, CT 06109

8. C/O Salvadore Pitruzello
   York Correctional Center
   201 West Main Street
   Niantic, CT 06357

9. Lt. Anna Dorozko
   Hartford Correctional Center
   177 Weston Street
   Hartford, CT 06120

10. C/O Frank Morelli
    Gardner Correctional Institution
    50 Nunnawauk Road
    Newton, CT 06470

11. Sandy Milhollen
    Dept. of Revenue Services
    25 Sigourney Street
    Hartford, CT 06106

12. C/O Brenda Lewis
    16 Willow Lane
    Bloomfield, CT 06002

13. James Huckabey
    430 West Woods Road,
    Hamden, CT 06268

14. C/O Richard Hebert
    179 Laske Road
    Beacon Falls, CT 06403

15.     C/O Eric Wolliston
        Hartford CI
        177 Weston Street
        Hartford, CT 06120

                DEFENDANTS

                RICHARD BLUMENTHAL
                ATTORNEY GENERAL

BY:_____
        Joseph A. Jordano
        Assistant Attorney General
        55 Elm Street, P.O. Box 120
        Hartford, CT 06121-0120
        Tel: 860-808-5340
        Fax: 860-808-5383
        Email: Joseph.Jordano@po.state.ct.us
        Federal Bar # ct21487

## **CERTIFICATION**

I hereby certify that pursuant to §5(b) of the Federal Rules of Civil Procedure, a copy of the foregoing Defendants' Final Witness List was sent via first class mail, postage prepaid, this 9th day of September, 2005 to:

    Lowell L. Peterson, Esq.
    Community Law Practice, LLC
    2065-A Main Street
    Hartford, CT 06120
    Tel.: 728-3788
    Fax: 728-3755

                _____
                Joseph A. Jordano
                Assistant Attorney General