# United States District Court

**DISTRICT OF** Connecticut

Lewis v. DOC, et al

**EXHIBIT AND WITNESS LIST**

**CASE NUMBER:** 3:02cv2304

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Mark R. Kravitz | Lowell L. Peterson | Joseph A Jordano |
| **TRIAL DATE(S)** | **COURT REPORTER** | **COURTROOM DEPUTY** |
| 9/12/05 - 9/15/05 | Thea Finkelstein | Ken Ghilardi |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | 9/12/05 | | | Brenda J. Lewis |
| ✓ | | 9/12/05 | | | Richard Hebert |
| ✓ | | 9/13/05 | | | Eunice Smith |
| ✓ | | 9/13/05 | | | Harris Porter |
| ✓ | | 9/13/05 | | | Errol Goodison |
| ✓ | | 9/13/05 | | | Anna Dorozko |
| ✓ | ✓ | 9/13/05 | | | Erik Lance Sousa |
| | ✓ | 9/14/05 | | | Erik Lance Sousa |
| ✓ | ✓ | 9/14/05 | | | Frank Morelli |
| | ✓ | 9/14/05 | | | Salvadore Pitruzello |
| | ✓ | 9/14/05 | | | David Grant |
| | ✓ | 9/14/05 | | | Donald Kruk |
| | ✓ | 9/14/05 | | | Peter Murphy |
| | ✓ | 9/14/05 | | | Robert B. Cohen |

FILED 2005 SEP 15 P 2:48

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___ Pages