UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BRENDA LEWIS,

        Plaintiff,

v.                                                              CIVIL NO. 3:02CV2304(MRK)

STATE OF CONNECTICUT
DEPARTMENT OF CORRECTION,
ET AL.

        Defendants.

## VERDICT FORM

**YOU MUST RENDER A SEPARATE VERDICT FOR EACH DEFENDANT:**

    FIRST, YOU WILL ADDRESS OFFICER LEWIS' CLAIM AGAINST THE DOC UNDER TITLE VII IN PART I, SECTION A.

    SECOND, YOU WILL ADDRESS OFFICER LEWIS' CLAIM AGAINST LIEUTENANT SOUSA UNDER SECTION 1981 IN PART I, SECTION B.

PLEASE READ THE INSTRUCTIONS AND ANSWER THE QUESTIONS IN PART I ON LIABILITY, SECTIONS A AND B.

BEFORE PROCEEDING TO ANSWER ANY QUESTIONS IN PART II ON DAMAGES, PLEASE READ THE INSTRUCTIONS FOR THAT PART AND ONLY PROCEED TO ANSWER THE QUESTIONS IN PART II IF YOU ARE REQUIRED TO DO SO BY THE INSTRUCTIONS.

1

I.  **LIABILITY ISSUES**

A.  **HOSTILE WORK ENVIRONMENT UNDER TITLE VII (against the DOC only)**

**You must answer Questions 1, 2 and 3.**

Has Officer Lewis proved by a prepondcrance of the evidence that:

1. She was subjected to a racially hostile work environment by Lieutenant Sousa?

    ____ YES          X NO

2. Lieutenant Sousa's conduct was based on Officer Lewis' race?

    ____ YES          X NO

3. Lieutenant Sousa's actions proximately caused any injuries sustained by Officer Lewis?

    ____ YES          X NO

**If you answered "YES" to Questions 1, 2 and 3, then you must answer Question 4 below.**

**If you answered "NO" to Question 1, 2 or 3, then you have found for the DOC on Officer Lewis' claim under Title VII and you should skip to Section B, Officer Lewis' Section 1981 claim against Lieutenant Sousa.**

2

Answer Question 4, only if you answered "YES" to Questions 1, 2 <u>and</u> 3.

4. Has Officer Lewis proved by a preponderance of the evidence that Lieutenant Sousa was her supervisor?

    ____ YES                              ____ NO


**If you answered "NO" to Question 4, then you must answer Questions 5 and 6 below.**

**If you answered "YES" to Question 4, then you should skip Questions 5 and 6 and proceed to Questions 7 and 8.**

## Questions 5 & 6: The DOC's Liability for Co-worker Harassment

**Answer Questions 5 and 6 only if you answered "NO" to Question 4.**

Has Officer Lewis proved by a preponderance of the evidence that:

5.   The DOC provided no reasonable avenue for her to complain about racial harassment?

   \_\_\_\_ YES          \_\_\_\_ NO

6.   The DOC knew, or reasonably should have known, about the harassment but did not take steps to remedy it?

   \_\_\_\_ YES          \_\_\_\_ NO

If you answered "YES" to either Question 5 <u>or</u> Question 6, then you have found for Officer Lewis on her Title VII claim against the DOC. You should not answer Questions 7 and 8, but should skip to Section B, Officer Lewis' Section 1981 claim against Lieutenant Sousa.

If you answered "NO" to Questions 5 <u>and</u> 6, then you have found for the DOC on Officer Lewis' Title VII claim. You should not answer Questions 7 and 8, but should skip to Section B, Officer Lewis' 1981 claim against Lieutenant Sousa.

4

**Questions 7 and 8: The DOC's Affirmative Defense to Supervisor Liability:**

**Answer Questions 7 and 8 only if you answered "YES" to Question 4.**

Has <u>the DOC</u> proved by a preponderance of the evidence that:

7. It exercised reasonable care to prevent and promptly correct any racial harassment of Officer Lewis by Lieutenant Sousa?

    _____ YES           _____ NO

8. Officer Lewis unreasonably failed to avail herself of any corrective or preventive opportunities provided by the DOC or to avoid harm otherwise?

    _____ YES           _____ NO

**If you answered "NO" to Question 7 <u>or</u> 8, then you have found for Officer Lewis on her claim of Hostile Work Environment under Title VII against the DOC.**

**If you answered "YES" to Questions 7 <u>and</u> 8, then you have found for the DOC on Officer Lewis' claim of Hostile Work Environment under Title VII.**

5

B. **HOSTILE WORK ENVIRONMENT UNDER SECTION 1981 (against Lieutenant Sousa only)**

**You must answer Questions 1, 2 and 3.**

Has <u>Officer Lewis</u> proved by a preponderance of the evidence that:

1. Lieutenant Sousa personally and intentionally subjected Officer Lewis to a racially hostile work environment?

   ___ YES        X  NO

2. Lieutenant Sousa's conduct towards Officer Lewis was based on her race?

   ___ YES        X  NO

3. Lieutenant Sousa's actions proximately caused any injuries sustained by Officer Lewis?

   ___ YES        X  NO


**If you answered "YES" to Questions 1, 2 and 3, then you have found for Officer Lewis on her claim of Hostile Work Environment under Section 1981 against Lieutenant Sousa.**

**If you answered "NO" to Question 1, 2 or 3, then you have found for Lieutenant Sousa on Officer Lewis' claim of Hostile Work Environment under Section 1981.**

6

## II. DAMAGES ISSUES

Only answer the questions in this Part if in Part I, Section A or B you found for Officer Lewis on her claim against the DOC under Title VII <u>or</u> on her claim against Lieutenant Sousa under Section 1981.

- If you have found for the DOC <u>and</u> Lieutenant Sousa, you should skip Part II and proceed to the Conclusion of Deliberations on the final page (p. 8).

- If you found for Officer Lewis on either or both of her claims, you must complete Part II-A (non-economic damages).

### A. COMPENSATORY DAMAGES

Please fill in a dollar amount if you find that Officer Lewis has proven, by a preponderance of the evidence, that she suffered non-economic damages proximately caused by Lieutenant Sousa. If you find in favor of Officer Lewis on either of her claims in this case, but you find that she has not proven damages proximately caused by Lieutenant Sousa by a preponderance of the evidence, or that her damages have no monetary value, then mark a zero next to Non-economic Damages.

Non-economic Damages:   $_____

### B. PUNITIVE DAMAGES

Complete Part II-B (punitive damages) <u>only</u> if you found for Officer Lewis on her claim against Lieutenant Sousa under Section 1981 in Part I, section B.

Do you find that Lieutenant Sousa acted willfully, maliciously, or in reckless disregard of Officer Lewis' statutory rights?

____ YES                ____ NO


If you answered "YES", what punitive damages, if any, do you award Officer Lewis as a result of Lieutenant Sousa's conduct?

Punitive Damages:   $_____

7

## III. CONCLUSION OF DELIBERATIONS

Your deliberations are now complete, and you should have your jury foreperson note the date and time below and sign in the space provided. You should return your completed Verdict Form to the Court.

9/15/2005    1:58 A.M./**P.M.**    _____
Date         Time                  Foreperson (please sign)