UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BRENDA LEWIS, | : | |
| | : | |
| Plaintiff, | : | NO.   3:02cv2304 (MRK) |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT | : | |
| DEPARTMENT OF CORRECTIONS, | : | |
| DONALD T. KRUK, | : | |
| THERESA C. LANTZ, | : | |
| PETER MURPHY, | : | |
| ERICK SOUSA, | : | |
| | : | |
| Defendants. | : | |

## JUDGMENT

    This matter came on for trial before a jury and the Honorable Mark R. Kravitz, United States District Judge. On September 15, 2005, the jury returned a verdict for the defendants, State of Connecticut Department of Corrections, Peter Murphy and Erick Sousa on all counts. At a hearing held on October 14, 2004, an order entered granting defendants Donald T. Kruk and Theresa C. Lantz's Motion for Summary Judgment.

    Therefore, it is hereby ORDERED, ADJUDGED and DECREED that judgment is entered for the defendants the case is closed.

    Dated at New Haven, Connecticut this 16th day of September, 2005.

                                                                            KEVIN F. ROWE, Clerk
                                                                            By
                                                                             /s/ Kenneth R. Ghilardi
                                                                            Kenneth R. Ghilardi
                                                                            Deputy Clerk

EOD : _____