UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BRENDA LEWIS, | : | |
| | : | |
| Plaintiff, | : | NO.   3:02cv2304 (MRK) |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT | : | |
| DEPARTMENT OF CORRECTION, | : | |
| DONALD T. KRUK, | : | |
| THERESA C. LANTZ, | : | |
| PETER MURPHY, | : | |
| ERIK SOUSA, | : | |
| | : | |
| Defendants. | : | |

**AMENDED JUDGMENT**

_____The judgment entered in this case on September 16, 2005, is hereby amended as follows. This matter came on for trial before a jury and the Honorable Mark R. Kravitz, United States District Judge.  On September 15, 2005, the jury returned a verdict for the defendants, State of Connecticut Department of Correction, and Erik Sousa on all counts.  At a hearing held on October 14, 2004, an order entered granting defendants Donald T. Kruk, Peter Murphy and Theresa C. Lantz's Motion  for Summary Judgment.

Therefore, it is hereby ORDERED, ADJUDGED and DECREED that judgment is entered for the defendants the case is closed.

Dated at New Haven, Connecticut this 16th day of September, 2005.

KEVIN F. ROWE, Clerk
By
 /s/ Kenneth R. Ghilardi_____
Kenneth R. Ghilardi
Deputy Clerk

EOD : _____