UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRENDA LEWIS        *Plaintiff,* | : CIVIL NO. 3:02CV2304(MRK) : : |
| v. | : : |
| STATE OF CONNECTICUT, DEPARTMENT OF CORRECTION, ET AL.        *Defendants* | : : : October 21, 2005 |

**MOTION FOR COSTS**

This matter came on for trial before a jury and the Honorable Mark R. Kravitz, United States District Court Judge. On September 15, 2005, the jury returned a verdict for the defendants State of Connecticut, Department of Correction and Erik Sousa (Doc. # 140). Judgment in this matter was entered on September 16, 2005 (Doc. # 144).

On January 24, 2005, (Doc. # 83) an Opinion entered by the Honorable Mark R. Kravitz granted in part and denied in part defendants' Motion for Summary Judgment. It was noted that summary judgment was granted on all counts against defendants Donald Kruk, Warden Murphy and Theresa Lantz. Summary Judgment was entered for all defendants on plaintiff's claims of disparate treatment and retaliation under Title VII and under 42 U.S.C. § 1981 as enforced through 42 U.S.C. § 1983. Finally, summary judgment was entered for defendant Sousa on the plaintiff's state law false imprisonment claim. The lone claims remaining for trial were the plaintiff's hostile work environment claim against DOC under Title VII and a hostile work environment claim against defendant Sousa under 42 U.S.C. § 1981 as enforced through 42 U.S.C. § 1983.

Pursuant to the provisions of Rule 54(d) of the Federal Rules of Civil Procedure, and Rule 54(a) of the Local Rules of Civil Procedure, the defendants, who are the prevailing party in the above-captioned case, respectfully request that:

  a. The Court assesses costs in the amount of $2734.68 against the plaintiff in this action consistent with the Bill of Costs and Certification attached to this motion as Exhibits A and B;

  b. The $500.00 bond posted by the plaintiff (Doc. # 9, March 4, 2003) as security for costs in this action pursuant to Rule 83.3 of the Local Rules of the District of Connecticut be forfeited in full and paid over to the State of Connecticut, Attorney General's Office, to partially satisfy the bill of costs;

  c. The Court issue an order forfeiting the $500 bond consistent with the request in sub-paragraph (b) above.

  The actual amounts paid have, in applicable situations, been reduced to reflect the maximum allowable transcript rate, $3.75 per page, pursuant to Vol. VI, Chap. XX of the "Guide to Judiciary Policies and Procedures" and to omit any charges for shipping and handling.

         DEFENDANTS

         RICHARD BLUMENTHAL
         ATTORNEY GENERAL


    BY: _____
       Beth Z. Margulies
       Assistant Attorney General
       Federal Bar No. ct 08469
       55 Elm Street, P.O. Box 120
       Hartford, CT  06141-0120
       Tel:  (860) 808-5340
       Fax: (860) 808-5383
       E-mail: Beth.Margulies@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing **Motion for Costs** with exhibits A and B attached was mailed, U.S. mail first class postage prepaid, this 21th day of October, 2005 to all counsel of record.

        Lowell L. Peterson, Esq.
        Community Law Practice, LLC
        2065-A Main Street
        Hartford, CT  06120
        Tel.: 728-3788
        Fax: 728-3755

                                              _____
                                              Beth Z. Margulies
                                              Assistant Attorney General

**EXHIBIT A**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| BRENDA LEWIS<br>*Plaintiff,* | : | CIVIL NO. 3:02CV2304(MRK) |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT,<br>DEPARTMENT OF CORRECTION, ET AL.<br>*Defendants* | :<br>: | October 20, 2005 |

**BILL OF COSTS**

1. Fees of the Court Reporter ......................................... $ 768.75
    Deposition of Brenda Lewis, dated
    January 21, 2004 – invoice attached

2. Fees of the Court Reporter………………………………… $ 517.50
    Deposition of Erik Sousa, dated
    April 12, 2004 – invoice attached

3. Fees of the Court Reporter …………………………...$ 266.25
    Deposition of Richard Hebert, dated
    March 31, 2004 -- invoice attached

4. Fees of the Court Reporter……………………………$ 217.25
    Deposition of Frank Morelli, dated
    March 31, 2004 – invoice attached

5. Fees of the Court Reporter……………………………$ 380.00
    Deposition of Peter Murphy, dated
    April 1, 2004 -- invoice attached

6. Fees of the Court Reporter……………………………$ 402.50
    Deposition of Donald Kruk, dated
    April 13, 2004 -- invoice attached

7. Fees of State Marshal ………………………………$ 36.61
    Subpoena for testimony at trial for Salvatore
    Pitruzello, – invoice attached

8.  Fees for witnesses……………………………… $ 48.10
    Witness fee for Salvatore Pitruzzello for
    testifying at trial – copy of check attached

9.  Fees for witnesses ………………………….. $ 64.30
    Witness fee for Anna Dorozko for
    testifying at trial – copy of check attached

10. Fees of State Marshall …………………………. $ 33.42
    Service of subpoenas upon Dorozko
    to testify at trial – invoice attached

        **TOTAL**                              **$ 2734.68**

**EXHIBIT B**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| BRENDA LEWIS | : | CIVIL NO. 3:02CV2304(MRK) |
| *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT, | | |
| DEPARTMENT OF CORRECTION, ET AL. | : | |
| *Defendants* | : | October 21, 2005 |

**CERTIFICATION**

I, Beth Z. Margulies, an Assistant Attorney General for the State of Connecticut, hereby certify that the foregoing costs were necessarily incurred in the defense of this matter, and that they accurately and completely reflect the costs spent by defendants in preparation of trial, preliminary injunction hearing and/or the motion for summary judgment filed in this case.

_____
Beth Z. Margulies
Assistant Attorney General

Subscribed and sworn to before me by the above affiant on this the _____ day of October 2005.

_____
Notary Public/Commissioner of the Superior Court