# Brandon Smith Reporting Service, LLC

**Invoice**

44 Capitol Avenue
Suite 203
Hartford, CT 06106
Phone: (860) 549-1850     Fax: (860) 549-1537

| Invoice Date | Invoice # |
|---|---|
| Friday, February 06, 2004 | 5527rr |

Joseph A Jordano
Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141

FEB - 6 2004

| | |
|---|---|
| Phone: | (860) 808-5340    Fax: |
| Witness: | Lewis, Brenda |
| Case: | Lewis vs. State |
| Venue: | |
| Case #: | 3:02CV2304(MRK) |
| Date: | 1/21/2004 |
| Start Time: | 9:35 AM |
| End Time: | 2:37 PM |
| Reporter: | Kathleen Norton |
| Claim #: | |
| File #: | 11608ss |

| Description | Quan | Total |
|---|---|---|
| Original and two copies | 185 | $730.75 |
| Attorney General-Appearance | 1 | $75.00 |
| | 1 | $0.00 |
| Sub Total | | $805.75 |
| Payments | | $0.00 |
| Balance Due | | $805.75 |

Fed. I.D. # 06-1448649
We accept Visa, Mastercard and American Express!

# Brandon Smith Reporting Service, LLC

## Invoice

44 Capitol Avenue
Suite 203
Hartford, CT 06106
Phone: (860) 549-1850    Fax: (860) 549-1537

| Invoice Date | Invoice # |
|---|---|
| Monday, April 19, 2004 | 9793BL |

Beth Marguiles
Attorney General
55 Elm Street
1st Floor Conference Room B
Hartford, CT 06106

| | |
|---|---|
| Phone: | (860) 808-5340    Fax: |
| Witness: | Sousa, Erik |
| Case: | Lewis vs. State |
| Venue: | |
| Case #: | 3:02CV2304(MRK) |
| Date: | 4/12/2004 |
| Start Time: | 9:41 AM |
| End Time: | 5:01 PM |
| Reporter: | Kelly Yarasavych |
| Claim #: | |
| File #: | 13521ss |

| Description | Quan | Total |
|---|---|---|
| Copy | 195 | $487.50 |
| Multipage Condensed | 1 | $30.00 |
| Sub Total | | $517.50 |
| Payments | | $0.00 |
| Balance Due | | $517.50 |

Fed. I.D. # 06-1448649
*We accept Visa, Mastercard and American Express!*

*approved for payment*
*AAG. Beth Margulies*

BZM

# Brandon Smith Reporting Service, LLC

Invoice

44 Capitol Avenue
Suite 203
Hartford, CT 06106
Phone: (860) 549-1850    Fax: (860) 549-1537

| Invoice Date | Invoice # |
| --- | --- |
| Thursday, April 15, 2004 | 5545rr |

Beth Marguiles
Attorney General
55 Elm Street
1st Floor Conference Room B
Hartford, CT 06106

**Phone:** (860) 808-5340    **Fax:**
**Witness:** Hebert, Richard C.O.
**Case:** Lewis vs. State
**Venue:**
**Case #:** 3:02CV2304(MRK)
**Date:** 3/31/2004
**Start Time:** 9:00 AM
**End Time:** :0
**Reporter:** Jayne Ciccotelli
**Claim #:**
**File #:** 3343BL

| Description | Quan | Total |
| --- | --- | --- |
| Original and two copies | 51 | $201.45 |
| Attorney General-Appearance | 1 | $75.00 |
| Sub Total | | $276.45 |
| Payments | | $0.00 |
| Balance Due | | $276.45 |

Fed. I.D. # 06-1448649
We accept Visa, Mastercard and American Express!

approved for payment
AAG Beth B Margulies

## Brandon Smith Reporting Service, LLC

Invoice

44 Capitol Avenue
Suite 203
Hartford, CT 06106
Phone: (860) 549-1850      Fax: (860) 549-1537

| Invoice Date | Invoice # |
|---|---|
| Thursday, April 15, 2004 | 5546rr |

Beth Margulies
Attorney General
55 Elm Street
1st Floor Conference Room B
Hartford, CT 06106

Phone:      (860) 808-5340      Fax:
Witness:    Morelli, Frank
Case:       Lewis vs. State
Venue:
Case #:     3:02CV2304(MRK)
Date:                   3/31/2004
Start Time:             11:30 AM
End Time:               : 0
Reporter:   Jayne Ciccotelli
Claim #:
File #:                                             3342BL

| Description | Quan | Total |
|---|---|---|
| Original and two copies | 55 | $217.25 |
| Sub Total | | $217.25 |
| Payments | | $0.00 |
| Balance Due | | $217.25 |

Fed. I.D. # 06-1448649
We accept Visa, Mastercard and American Express!

approved for payment
AAG Beth L Margulies

# Brandon Smith Reporting Service, LLC

Invoice

44 Capitol Avenue
Suite 203
Hartford, CT 06106
Phone: (860) 549-1850     Fax: (860) 549-1537

| Invoice Date | Invoice # |
|---|---|
| Tuesday, April 13, 2004 | 9671BL |

Beth Marguiles
Attorney General
55 Elm Street
1st Floor Conference Room B
Hartford, CT 06106

| | |
|---|---|
| Phone: | (860) 808-5340    Fax: |
| Witness: | Murphy, Peter |
| Case: | Lewis vs. State |
| Venue: | |
| Case #: | 3:02CV2304(MRK) |
| Date: | 4/1/2004 |
| Start Time: | 9:00 AM |
| End Time: | 1:00 PM |
| Reporter: | Judy Freer |
| Claim #: | |
| File #: | 13519ss |

| Description | Quan | Total |
|---|---|---|
| Copy | 152 | $380.00 |
| | Sub Total | $380.00 |
| | Payments | $0.00 |
| | Balance Due | $380.00 |

Fed. I.D. # 06-1448649
We accept Visa, Mastercard and American Express!

4/14/04
approved for payment BZM

## Brandon Smith Reporting Service, LLC                          Invoice

44 Capitol Avenue
Suite 203
Hartford, CT 06106
Phone: (860) 549-1850      Fax: (860) 549-1537

| Invoice Date | Invoice # |
|---|---|
| Friday, April 23, 2004 | 9901BL |

Beth Margulies
Attorney General
55 Elm Street
1st Floor Conference Room B
Hartford, CT 06106

| | |
|---|---|
| Phone: | (860) 808-5340   Fax: |
| Witness: | Kruk, Donald |
| Case: | Lewis vs. State |
| Venue: | |
| Case #: | 3:02CV2304(MRK) |
| Date: | 4/13/2004 |
| Start Time: | 9:30 AM |
| End Time: | 2:58 PM |
| Reporter: | Kelly Yarasavych |
| Claim #: | |
| File #: | 13520ss |

| Description | Quan | Total |
|---|---|---|
| Copy | 149 | $372.50 |
| Multipage Condensed | 1 | $30.00 |
| Sub Total | | $402.50 |
| Payments | | $0.00 |
| Balance Due | | $402.50 |

Fed. I.D. # 06-1448649
*We accept Visa, Mastercard and American Express!*

approved for payment
A.A.G Beth E. Margulies