JAJ

## Invoice – Service of Process – Subpoena

Agency Number:

Document Date : 09/11/2005

Vendor/Payee Information

(Marshal Robert E. McCarthy)
(50 Bartman Road)
(Higganum, CT 06441)

Are You Incorporated?  NO

Are You a Non-Profit Organization? NO

Vendor FEIN/SSN-Suffix : 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

Description of Goods and/or Services Completed
(Brenda Lewis vs. Dept of Correction )
SERVICE OF SUBPOENA ON
( Salvatore Pitruzzello)
( 24 Maple Avenue)
(Higganum, Ct.)

Description of Fees:
    Service        $30.00
    Copy            2.00
    Endorsement   .40
    Travel 10.4mi  4.21
Document Amount   $36.61



9/11/2005
Date of Service

Agency Name and Address
    Office of the Attorney General
    State of Connecticut
    55 Elm Street
    Hartford, Connecticut 06106
Services Received By

Assistant Attorney General
Joseph A. Jordano, AAG



RECEIVED SEP 1 3 2005 ATTORNEY GENERAL'S OFFICE

Issued by the
# UNITED STATES DISTRICT COURT

DISTRICT OF Connecticut

Brenda Lewis

V.

Dept. of Correction, et al.

SUBPOENA IN A CIVIL CASE

CASE NUMBER: 3:02CV2304(MRK)

TO: Salvatore Pitruzzello, 24 Maple Avenue West, Higganum, CT 06441

[X] YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| 141 Church Street, New Haven, CT 06510 | Mark R. Kravitz |
| | DATE AND TIME: Thursday Sept. 15, 2005 at 9 a.m. |

[ ] YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

[ ] YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
| | |

[ ] YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)

*/s/ Jordan*    Joseph A. Jordano, AAG -- Defendant

DATE: 9-6-05

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Joseph A. Jordano, AAG, 55 Elm Street, P.O. Box 120, Hartford, CT tel: (860) 808-5340

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

1 If action is pending in district other than district of issuance, state district under case number.

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| SERVED | 9/11/2005 | 24 Maple Ave. Higganum, CT 06441 |

SERVED ON (PRINT NAME): Salvatore Pitruzzello

MANNER OF SERVICE: in hand

SERVED BY (PRINT NAME): Robert E McCarthy

TITLE: State Marshal

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on 9/11/05

SIGNATURE OF SERVER

ADDRESS OF SERVER: 50 Bartman Rd. Higganum, CT 06441

---

Rule 45, Federal Rules of Civil Procedure, Parts C & D:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction which may include, but is not limited to, lost earnings and reasonable attorney's fee.

(2) (A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3) (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance;

(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or

(iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or

(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena, or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

#12965

**Check 12960**
ATTORNEY GENERAL, STATE OF CONNECTICUT
55 ELM ST. PH. 860-808-5087
HARTFORD, CT 06106
51-57/119
DATE 9/6/05
PAY TO THE ORDER OF: Salvatore Pitruzzello
$48.10
Forty Eight Dollars 10/100 DOLLARS
Fleet
04205 www.fleet.com Government Banking
VOID AFTER 60 DAYS
FOR _____
⑆012960⑆ ⑈011900571⑈ 93950 55516⑈

**Check 12963**
ATTORNEY GENERAL, STATE OF CONNECTICUT
55 ELM ST. PH. 860-808-5087
HARTFORD, CT 06106
51-57/119
DATE September 7, 2005
PAY TO THE ORDER OF: Anna Donozko
$64.30
Sixty-four and 30/100 DOLLARS
Fleet
04205 www.fleet.com Government Banking
VOID AFTER 60 DAYS
FOR _____
⑆012963⑆ ⑈011900571⑈ 93950 55516⑈

UNITED STATE DISTRICT COURT
DISTRICT OF CONNECTICUT

CASE NUMBER: 3:02CV2304(MRK)

STATE OF CONNECTICUT }
                         } SS: HARTFORD,   SEPTEMBER 12, 2005
COUNTY OF HARTFORD }

    Then and by virtue hereof, on the 12th day of September, 2005, I made due and legal service on the within named, **LIEUTENANT ANNA DOROZKO,** by leaving a true and attested copy of the within original Subpoena In A Civil Case, with and in the hands of **Correction Officer Hollens,** who is duly authorized to accept service for the within named, at Hartford Correctional Center, 177 Weston Street, in the City of Hartford.

## DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on September 12, 2005

Charles J. Lilley
State Marshal
39 Russ Street
Hartford, CT 06106

FEES:

| | |
|---|---|
| Pages | $ 100 |
| Endorse | .80 |
| Service | 30.00 |
| Travel | 1.62 |
| | |
| Total | $ 33.42 |

Issued by the
# UNITED STATES DISTRICT COURT

DISTRICT OF Connecticut

Brenda Lewis

V.

Dept. of Correction, et al.

SUBPOENA IN A CIVIL CASE

CASE NUMBER: 3:02CV2304(MRK)

TO: Lt. Anna Dorozko c/o Hartford Correctional Center, 177 Weston St., Hartford, CT 06120

[X] YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| 141 Church Street, New Haven, CT 06510 | Mark R. Kravitz |
| | DATE AND TIME |
| | Monday, Sept. 19, 2005 at 9 a.m. |

[ ] YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

[ ] YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
| | |

[ ] YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| /s/ Joseph A. Jordano, AAG -- Defendant | 9-7-05 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Joseph A. Jordano, AAG, 55 Elm Street, P.O. Box 120, Hartford, CT  tel: (860) 808-5340

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

1 If action is pending in district other than district of issuance, state district under case number.

# STATE MARSHAL SERVICES INVOICE FOR SERVICE OF PROCESS
Judicial Use Only Rev. 3-1-05

**STATE OF CONNECTICUT JUDICIAL BRANCH ACCOUNTS PAYABLE DIVISION**

| BUSINESS UNIT NAME | CONTROL GROUP | VOUCHER # | INVOICE AMOUNT |
|---|---|---|---|
| JUDM1 | | | $33.42 |

| DOCUMENT DATE | INVOICE DATE | ACCOUNTING DATE | VENDOR FEIN |
|---|---|---|---|
| 9/12/2005 | | | 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 |

## MARSHAL INFORMATION

- **MARSHAL'S NAME:** Charles J. Lilley
- **TITLE:** Connecticut State Marshal
- **ADDRESS:** 39 Russ Street
- **CITY:** Hartford  **STATE:** CT  **COUNTRY:** Hartford  **ZIP CODE:** 06106
- **MARSHAL'S TELEPHONE NUMBER:** 860-246-5922
- **MARSHAL'S FAX NUMBER:** 860-522-7099

## VENDOR BILLING IDENTIFICATION (E.G. SERVICE DATE, CASE NAME)

9/12/2005 ; BRENDA LEWIS vs. DEPT. OF CORRECTION, ET AL

## CASE INFORMATION

- **COURT INFORMATION:**
- **COURT TYPE (JD / JUV / HOUSING / GA):** NEW HAVEN  at  **COURT LOCATION:** NEW HAVEN
- **COURT ADDRESS:** 141 CHURCH STREET, NEW HAVEN, CT 06510
- **DOCKET NUMBER:** 3:02CV2304(MRK)
- **DATE OF SERVICE:** 9/12/2005
- **CASE NAME:** BRENDA LEWIS vs. DEPT. OF CORRECTION, ET AL
- **NAME OF PERSON(S) SERVED:** LT. ANNA DOROZKO
- **NAME/TYPE OF DOCUMENT SERVED:** SUBPOENA IN A CIVIL CASE

## MILEAGE RECORD

| FROM | TO: (STREET ADDRESS, CITY/TOWN) | TOTAL MILES | RATE | AMOUNT |
|---|---|---|---|---|
| Russ Street | 177 Weston Street, Hartford | 4 | $0.405 | $1.62 |
| | | | $0.405 | |
| | | | $0.405 | |
| | | | $0.405 | |
| | | | $0.405 | |
| | | | **TOTAL MILEAGE** | **$1.62** |

## FEES

| DESCRIPTION OF FEE | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| SERVICE | 1 | $30.00 | $30.00 |
| 2ND AND SUBSEQUENT SERVICES - DIFFERENT ADDRESS | | $30.00 | |
| 2ND AND SUBSEQUENT SERVICES - SAME ADDRESS | | $10.00 | |
| SERVICE NOTIFICATION TO ATTORNEY GENERAL'S OFFICE | | $10.00 | |
| COPY FEES | 1 | $1.00 | $1.00 |
| ENDORSEMENT FEES | 2 | $0.40 | $0.80 |
| | | **TOTAL FEES** | **$31.80** |

## INVOICE TOTAL

**TOTAL MILEAGE + TOTAL FEES: $33.42**

| INVOICE AMOUNT | GL UNIT | FUND | DEPARTMENT | SID | PROGRAM | ACCOUNT | PROJECT / GRANT | BUDGET REFERENCE |
|---|---|---|---|---|---|---|---|---|
| 33.42 | STATE | 11000 | | 10020 | 22003 | 51930 | JUD_NONPROJECT | |

## CERTIFICATION

I CERTIFY THAT THE SERVICES HAVE BEEN PERFORMED AND THE EXPENSES INCURRED AS STATED WERE NECESSARY AND PROPER, AND THAT THE AMOUNTS CLAIMED ARE THOSE ALLOWED BY STATUTE.

**MARSHAL'S SIGNATURE:** [signature]   **DATE:** 9-16-05

**SERVICES RENDERED - SIGNATURE:**   **DATE:**