UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

BRENDA LEWIS

    VS.                                        CIVIL 3:02CV2304(MRK)

STATE OF CONNECTICUT,
DEPARTMENT OF CORRECTION, ET AL

RULING ON DEFENDANTS' BILL OF COSTS

    On September 15, 2005, the jury returned a verdict for the defendants, State of Connecticut, Department of Correction and Erik Sousa. At a hearing held on October 14, 2004, an order entered granting defendants' motion for summary judgment as to the defendants Donald T. Kruk, Peter Murphy and Theresa C. Lantz. On September 20, 2005, an amended judgment entered for the defendants in this case. A Bill of Costs was filed by the defendants on October 24, 2005, and no objection has been filed to date. For the reasons stated below, defendants' bill of costs is granted in part and denied in part as follows:

    A. <u>FEES OF THE MARSHAL</u>: Service fees for subpoenas for non party witnesses testifying at trial are recoverable as costs pursuant to Local Rule 54(c)(2). Defendants submit claims for the service fees of the Marshal for the trial subpoenas of Salvatore Pitruzello in the amount of $36.61 and of Anna Dorozko in the amount of $33.42 which are allowed.

    The total claim for service fees of the marshal is allowed in the amount of $70.03.

B.  <u>FEES FOR WITNESSES</u>: Witness fees are taxable when the witness has actually testified or was necessarily in attendance at trial and whether or not the witness voluntarily attended or was present under subpoena pursuant to Local Rule 54(c)4(i). Defendants submit claims for witness fees for Salvatore Pitruzello in the amount of $48.10 and for Anna Dorozko in the amount of $64.30.  The documentation submitted in support of these claims are copies of checks from the Attorney General's Office to these witnesses. There is no supporting documentation for the number of miles traveled for these witnesses. Therefore, these claims are reduced to the statutory witness fee in the amount of $40.00 for a total of $80.00.  Counsel may submit additional supporting documentation for the mileage within ten (10) days.

The total claim for witness fees is allowed in the amount of $80.00.

C.  <u>FEES FOR COURT REPORTER</u>: Defendants are entitled to costs for an original and one copy of a transcript and any court reporter attendance fees, to be taxed at the prevailing page rate pursuant to Local Rule 80.  Maximum transcript rates for an original and one copy are $3.75 per page.  Postage and handling and charges for delivery of transcripts are not recoverable as costs, <u>Wahl v Carrier Mfg. Co., Inc.</u> 511 F.2d 209, 217 (7th Cir.,1975).  Condensed, ascii disk,  jurat preparation, keyword-concordance, miniscript,  and photocopying fees are also not recoverable as costs.  Deposition transcripts are taxable if used at trial in lieu of live testimony, for cross-examination, for impeachment, or in support of a successful motion for summary judgment pursuant to Local Rule 54(c)2(ii).

Defendants submit claims for the deposition transcripts of the plaintiff, Brenda Lewis, held on January 21, 2004, in the amount of $768.75 and of Richard Hebert held on

March 31, 2004, in the amount of $266.25 which are allowed.

Defendants submit a claim for the deposition transcript of Frank Morelli held on March 31, 2004 in the amount of $217.25. This claim is reduced to $206.25 (55 pages @ $3.75 per page.) Defendants submit a claim for the deposition transcript of Donald Kruk held on April 13, 2004, in the amount of $402.50. This claim is reduced to $372.50, eliminating the charge for multipage condensed.

Defendants submit claims for the deposition transcripts of Erik Sousa held on April 12, 2004, in the amount of $517.50 and of Peter Murphy held on April 1, 2004, in the amount of $380.00. There is no reflection in the court records that these deposition transcripts were used in support of defendants' motion for summary judgment and both of these witnesses testified for the plaintiff at trial. Therefore, the claims for these depositions are disallowed without prejudice to renewal within ten (10) days upon a showing as to how these depositions were necessarily obtained for the preparation of the case and not for the convenience of counsel.

The total claim for court reporter's fees is allowed in the amount of $1,613.75.

D. <u>SUMMARY</u>:    For the reasons previously stated, the defendants' bill of costs is allowed as follows:

| | |
|---|---|
| FEES OF THE MARSHAL | $ 70.03 |
| FEES FOR WITNESSES | 80.00 |
| FEES OF THE COURT REPORTER | 1,613.75 |
| TOTAL | $1,763.78 |

Pursuant to Local Rule 54(d), the parties may appeal this decision to the presiding judge within five days of the entry of this ruling.

Dated in New Haven, Connecticut, this 3rd day of November, 2005

    KEVIN F. ROWE, CLERK

    BY:
       Lori Inferrera
       Deputy-in-Charge